UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELIZABETH DEE STONE | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 1:17-CV-01952 |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | *Electronic Filing* |

ANSWER

NANCY A. BERRYHILL, the Acting Commissioner of Social Security, and the Defendant in this action, by and through her attorney, STEPHEN M. OSTER, hereby answer's Plaintiff's Complaint as follows:

1. Defendant admits the allegation in paragraphs 4, 5, 6, 7, 8, 9, 49, 50, and 51.

2. Defendant admits the allegations contained in Paragraph 3, with the exception of the assertion that Plaintiff is hearing disabled.

3. Paragraphs 1, 2, 22, 23, 45, 46, 47, 48, 53, 54, 55, 56, 57, 58, 59, 60, 62, 63, 64, 65, 66, 68, 69, and 70 state legal conclusions, characterizations, and argumentations of the facts and issues in this matter to which no responsive pleading is deemed necessary. To the extent that the court deems a responsive pleading is necessary, Defendant denies the aforementioned allegations.

4. Answering the allegations contained in the remaining paragraphs, Defendant asserts that ALJ Mercer Ray decided that Plaintiff's recovery of the overpayment is not waived, and remaining facts and issues in this matter are fully set forth in the administrative transcript, a copy of which will be filed as part of this Answer.

5. The remainder of Plaintiff's Complaint represents a "Wherefore" clause and Prayer for Relief which no responsive pleading is required.  However, if the Court requires a response, Defendant denies that Plaintiff is entitled to judgment or the relief sought.  To the extent that the Prayer for Relief deemed to allege facts to which a response is required, Defendant denies the allegation.

6. Defendant denies Plaintiff's allegations that the agency violated either the Administrative Procedures Act (APA) or Plaintiff's civil rights.

7. Defendant denies each and every allegation of Plaintiff's Complaint not specifically admitted herein.

8. In accordance with 42 U.S.C. § 405(g), Defendant files as part of her Answer a certified copy of the administrative transcript of record including the evidence underlying the findings and decisions complained of.

## AFFIRMATIVE DEFENSES

9. Defendant states that Plaintiff is not entitled to a waiver of overpayment of disability insurance benefits is correct and in accordance with the law.

10. Defendant states that her findings of fact are supported by substantial evidence and are conclusive.

WHEREFORE, Defendant respectfully requests judgment in her favor in accordance with 42 U.S.C. § 405(g), affirming the decision complained of.

        Respectfully submitted,
        RONALD C. MACHEN JR., D.C. Bar #447889
        United States Attorney

        /s/ Lauren Donner Chait
        LAUREN DONNER CHAIT
        Special Assistant
          United States Attorney
        Social Security Administration
        Office of the General Counsel, Region III
        P. O. Box 41777
        Philadelphia, PA 19101
        (215) 597-1771
        (215) 597-4662 (fax)
        Lauren.Chait@ssa.gov

OF COUNSEL:

Nora Koch
  Acting Regional Chief Counsel, Region III
Office of the General Counsel
Social Security Administration

CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of December, 2017, a true and correct copy of the within Answer was served by electronic filing and/or postage-paid U.S. Mail, to and upon the following:

>Steven M. Oster
>Oster Law Firm
>1850 M Street, N.W., Suite 280
>Washington, DC 20036

>/s/ Lauren Donner Chait
>LAUREN DONNER CHAIT
>Special Assistant
>  United States Attorney