IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELIZABETH DEE STONE )
)
)
)
Plaintiff )
)
vs. )          CIVIL ACTION NO. 1:17-CV-01952
)
)
NANCY A. BERRYHILL )
ACTING COMMISSIONER OF )
SOCIAL SECURITY )
)
)
Defendant )
)
)

## CERTIFICATION

The undersigned, as Chief, Court Case Preparation and Review Branch 3, Office of Appellate Operations, Office of Disability Adjudication and Review, Social Security Administration, hereby certifies that the documents annexed hereto constitute a full and accurate transcript of the entire record of proceedings relating to this case.

_____
DONALD A. LEVINE

Date: December 2, 2017

«Name»



| Claimant | Elizabeth Dee Stone | [Cross-ref. name:] |
|----------|---------------------|--------------------|
| Account Number: | 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 | [Cross-ref. account no:] |

## COURT TRANSCRIPT INDEX

| | PAGE NO. |
|---|---|
| Exhibits List (Index to Individual Exhibits) | 1-4 |
| Action of Appeals Council on Request for Review, dated 7-21-17 | 5-7 |
| Order of Appeals Council - Receipt of Additional Evidence, dated 7-21-17 | 8- |
| Correspondence, dated 9-14-17 | 9- |
| Correspondence, dated 9-6-16 | 10-11 |
| Correspondence, dated 8-1-16 | 12- |
| Request for Review of Hearing Decision, dated 5-3-16 | 13- |
| Appointment[s] of Representative, dated 5-3-16 | 14- |
| Hearing Decision, dated 3-2-16 | 15-22 |
| Notice of Hearing, dated 1-15-16, (See Exhibit 48) | - |
| Notice of Hearing, dated 12-1-15, ( Exhibit 46) | - |
| Request for Hearing, dated 9-5-12, (See Exhibit 32) | - |
| Request for Hearing, dated 6-10-12, (See Exhibit 26) | - |
| Exhibits[1] | 23-167 |
| Transcript of Oral Hearing, dated 1-19-16 | 168-189 |

---

[1] EXHIBIT 18 NOT AVAILABLE FOR INCLUSION

DATE: December 02, 2017
The documents and exhibits contained in this administrative record are the best copies obtainable.

## LIST OF EXHIBITS

1 *(handwritten: Court Transcript 11 Pages - 1)*

| Claimant: | Elizabeth Dee Stone | SSN: | 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 |
|-----------|---------------------|------|-------------|

| Exh. No. | Part No. | Description | No. of Pages | |
|----------|----------|-------------|--------------|---|
| 1 | | Application for Disability Insurance Benefits dated 08/27/2003 | 3 | 23-25 |
| 2 | | SSA Notice of Award dated 03/06/2004 | 3 | 26-28 |
| 3 | | SSA Notice of Change in Benefits dated 11/04/2004 | 2 | 29-30 |
| 4 | | SSA Notice of Change in Benefits dated 04/07/2006 | 2 | 31-32 |
| 5 | | Work Activity Report-Employee dated 05/21/2007 | 9 | 33-40 |
| 6 | | SSA Important Information Notice dated 05/31/2007 | 3 | 41-43 |
| 7 | | SSA Request for Employer information dated 08/07/2007 with attached response | 5 | 44-48 |
| 8 | | SSA Notice of Change in Benefits dated 11/02/2007 | 2 | 49-50 |
| 9 | | Cessation or Continuance of Disability or Blindness Determination and Transmittal dated 03/15/2008 Title II Initial Denial | 1 | 51 |
| 10 | | Disability Determination Rationale dated 03/15/2008 | 1 | 52 |
| 11 | | SSA Notice of Disability Cessation dated 03/15/2008 | 4 | 53-56 |
| 12 | | SSA Notice of Proposed Decision dated 03/15/2008 | 4 | 57-60 |
| 13 | | SSA Remarks Appeals/Explanations dated 04/05/2008 | 1 | 61 |
| 14 | | SSA Notice of Disability Cessation dated 11/29/2008 | 2 | 62-63 |
| 15 | | REMARKS: SKIPTRACING/CONTACT ATTEMPTS dated 01/29/2010 | 1 | 64 |
| 16 | | SSA Important Information dated 04/14/2010 | 3 | 65-67 |
| 17 | | SSA Important Information Notice of Appointment dated 07/29/2010 | 2 | 68-69 |
| 18 | | SSA Important Information Notice of Appointment dated 12/23/2010 *(handwritten: Not with File)* | 2 | — |
| 19 | | SSA Disability Determination Rationale dated 12/23/2010 | 2 | 71-72 |

Form HA-L38 (03-2007)

## LIST OF EXHIBITS

**Claimant:**   Elizabeth Dee Stone          **SSN:**   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

*Court Transcript page*

| Exh. No. | Part No. | Description | No. of Pages | |
|---|---|---|---|---|
| 20 | | SSA Important Information dated 04/27/2011 | 3 | 72-74 |
| 21 | | Representative correspondence dated 08/22/2011 | 2 | 75-76 |
| 22 | | SSA Notice dated 09/06/2011 | 2 | 77-78 |
| 23 | | Request For Waiver of Overpayment Recovery or Change In Repayment Rate dated 02/07/2012 | 8 | 79-86 |
| 24 | | REMARKS: SKIPTRACING/CONTACT ATTEMPTS dated 03/19/2012 | 1 | 87 |
| 25 | | REMARKS: APPEALS / EXPLANATIONS dated 03/31/2012 | 1 | 88 |
| 26 | | Request for Hearing dated 06/20/2012 | 1 | 89 |
| 27 | | Appointment of Representative Steven M. Oster dated 06/20/2012 | 1 | 90 |
| 28 | | SSA Overpayment Information dated 06/26/2012 | 2 | 91-92 |
| 29 | | SSA Notice dated 08/08/2012 | 1 | 93 |
| 30 | | Waiver Determination dated 08/08/2012 | 2 | 94-94-A |
| 31 | | SSA Notice dated 08/11/2012 | 1 | 95 |
| 32 | | Request for Hearing dated 09/05/2012 | 1 | 96 |
| 33 | | Correspondence dated 10/25/2012 from Steven M. Oster | 2 | 97-98 |
| 34 | | Conversations/Negotiations dated 11/07/2012 | 1 | 99 |
| 35 | | SSA Important Information dated 07/16/2013 | 2 | 100-101 |
| 36 | | SSA Important Information dated 03/07/2015 | 2 | 102-103 |
| 37 | | FACT Query dated 03/27/2015 | 5 | 104-108 |
| 38 | | SEQY dated 04/01/2015 | 1 | 109 |
| 39 | | Acknowledgement of Receipt of Request for Hearing dated 05/08/2015 | 5 | 110-114 |

Form HA-L38 (03-2007)

**LIST OF EXHIBITS**

*3 Court Transcript Page*

| Claimant: | Elizabeth Dee-Stone | | SSN: | 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 |
|---|---|---|---|---|

| Exh. No. | Part No. | Description | No. of Pages | |
|---|---|---|---|---|
| 40 | | SSA Objection to Appearing by Video Teleconferencing dated 05/18/2015 | 1 | 115 |
| 41 | | Title II Overpayment Summary dated 07/24/2015 | 3 | 116-118 |
| 42 | | Title II Overpayment Query | 2 | 119-120 |
| 43 | | Representative Correspondence dated 8/18/2015 | 4 | 121-124 |
| 44 | | Representative Correspondence dated 9/23/2015 | 6 | 125-130 |
| 45 | | ODAR Outgoing Correspondence to Representative dated 10/16/2015 | 1 | 131 |
| 46 | | Notice of Hearing dated 12/1/2015 | 7 | 132-138 |
| 47 | | Acknowledge Letter dated 12/4/2015 | 1 | 139 |
| 48 | | Notice of Hearing – Important Reminder dated 1/5/2016 | 2 | 140-141 |
| 49 | | Notice of Proposed Decision dated 2/10/2008 | 4 | 142-145 |
| 50 | | Billing Statement dated 10/17/2012 | 1 | 146 |
| 51 | | Post-Hearing Brief dated 2/1/16 | 13 | 147-159 |

Form HA-L38 (03-2007)

**4**

Elizabeth Dee Stone
Claimant

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
Social Security Number

Wage Earner

Social Security Number

## AC EXHIBITS LIST

| EXHIBIT NO. | DESCRIPTION | NO. OF PAGES | COURT TRANSCRIPT PAGE NO. |
|---|---|---|---|
| Exhibit 52 | Request for Review of Hearing Decision, dated May 6, 2016 (2 pages) | 2 | 160-161 |
| Exhibit 53 | Representative's Brief, dated September 29, 2016 (6 pages) | 6 | 162-167 |

SOCIAL SECURITY ADMINISTRATION

**Refer to: TLC**
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

Office of Disability Adjudication
and Review **5**
5107 Leesburg Pike
Falls Church, VA 22041-3255
Telephone: (877) 670-2722
Date: ___

**JUL 2 1 2017**

## NOTICE OF APPEALS COUNCIL ACTION

Ms. Elizabeth Dee Stone
1434 Potomac Ave, SE
Apt 2
Washington, DC 20003

This is about your request for review of the Administrative Law Judge's decision dated
March 2, 2016. You submitted reasons that you disagree with the decision. We considered the
reasons and exhibited them on the enclosed Order of the Appeals Council. We found that the
reasons do not provide a basis for changing the Administrative Law Judge's decision.

**We Have Denied Your Request for Review**

We found no reason under our rules to review the Administrative Law Judge's decision.
Therefore, we have denied your request for review.

This means that the Administrative Law Judge's decision is the final decision of the
Commissioner of Social Security in your case.

**Rules We Applied**

Under our rules, we will review your case for any of the following reasons:

- The Administrative Law Judge appears to have abused his or her discretion.

- There is an error of law.

- The decision is not supported by substantial evidence.

- There is a broad policy or procedural issue that may affect the public interest.

- We receive additional evidence that you show is new, material, and relates to the period
  on or before the date of the hearing decision. You must also show there is a reasonable
  probability that the additional evidence would change the outcome of the decision. You

**Suspect Social Security Fraud?**
**Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline**
**at 1-800-269-0271 (TTY 1-866-501-2101).**

**See Next Page**

must show good cause for why you missed informing us about or submitting it earlier.   **6**

### If You Disagree With Our Action

If you disagree with our action, you may ask for court review of the Administrative Law Judge's decision by filing a civil action.

If you do not ask for court review, the Administrative Law Judge's decision will be a final decision that can be changed only under special rules.

### How to File a Civil Action

You may file a civil action (ask for court review) by filing a complaint in the United States District Court for the judicial district in which you live. The complaint should name the Commissioner of Social Security as the defendant and should include the Social Security number(s) shown at the top of this letter.

You or your representative must deliver copies of your complaint and of the summons issued by the court to the U.S. Attorney for the judicial district where you file your complaint, as provided in rule 4(i) of the Federal Rules of Civil Procedure.

You or your representative must also send copies of the complaint and summons, by certified or registered mail, to the Social Security Administration's Office of the General Counsel that is responsible for the processing and handling of litigation in the particular judicial district in which the complaint is filed. The names, addresses, and jurisdictional responsibilities of these offices are published in the Federal Register (70 FR 73320, December 9, 2005), and are available on–line at the Social Security Administration's Internet site, http://policy.ssa.gov/poms.nsf/links/0203106020.

You or your representative must also send copies of the complaint and summons, by certified or registered mail, to the Attorney General of the United States, Washington, DC 20530.

### Time To File a Civil Action

- You have 60 days to file a civil action (ask for court review).

- The 60 days start the day after you receive this letter. We assume you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.

- If you cannot file for court review within 60 days, you may ask the Appeals Council to extend your time to file. You must have a good reason for waiting more than 60 days to ask for court review. You must make the request in writing and give your reason(s) in the request.

You must mail your request for more time to the Appeals Council at the address shown at the

See Next Page

top of this notice.  Please put the Social Security number(s) also shown at the top of this notice on your request.  We will send you a letter telling you whether your request for more time has been granted.

## About The Law

The right to court review for claims under Title II (Social Security) is provided for in Section 205(g) of the Social Security Act.  This section is also Section 405(g) of Title 42 of the United States Code.

The right to court review for claims under Title XVI (Supplemental Security Income) is provided for in Section 1631(c)(3) of the Social Security Act.  This section is also Section 1383(c) of Title 42 of the United States Code.

The rules on filing civil actions are Rules 4(c) and (i) in the Federal Rules of Civil Procedure.

## If You Have Any Questions

If you have any questions, you may call, write, or visit any Social Security office.  If you do call or visit an office, please have this notice with you.  The telephone number of the local office that serves your area is (866) 708-3255.  Its address is:

Social Security Administration
2100 M St NW
Washington, DC 20037-1207

Laura Middleton
Appeals Officer

Enclosure:  Order of Appeals Council

cc:  Steven M. Oster
1850 M St NW
Suite 280
Washington, DC 20036

8

Social Security Administration
OFFICE OF DISABILITY ADJUDICATION AND REVIEW

## ORDER OF APPEALS COUNCIL

**IN THE CASE OF**

Elizabeth Dee Stone
(Claimant)

_____

(Wage Earner)

**CLAIM FOR**

Title II Overpayment
Waiver of Recovery of Overpayment

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
(Social Security Number)

The Appeals Council has received additional evidence which it is making part of the record. That evidence consists of the following exhibits:

Exhibit 52     Request for Review of Hearing Decision, dated
               May 6, 2016 (2 pages)

Exhibit 53     Representative's Brief, dated September 29, 2016
               (6 pages)

Date:   **JUL 2 1 2017**

**9**

# STEVEN M. OSTER

## ATTORNEY-AT-LAW

September 14, 2017

*via Facsimile (703.605.7101)*

Appeals Council, ODAR
5107 Leesburg Pike
Falls Church, VA 22041

     Re:   **Elizabeth Stone Nirenberg (555.81.6395)**

Dear Sir or Madam:

     I write in connection with the attached notice of decision. I am informed that the Appeals Council has the only copy of the hearing transcript. Please forward a copy of the CD to me at the following address: 305 Center St. North, Vienna, VA 22180.

     If you have any questions, please contact me at 703.577.8785 or steve@osterlawfirm.com. Thank you for your assistance.

Sincerely,

Steven M. Oster

Enc.

THE OSTER LAW FIRM
1850 M STREET N.W.•SUITE 280
WASHINGTON, DC 20036
202.596.5291(PHONE)•202.747.5862 (FAX)
STEVE@OSTERLAWFIRM.COM

SOCIAL SECURITY ADMINISTRATION

**Refer to:** Elizabeth Dee Stone

Office of Disability Adjudication
and Review
5107 Leesburg Pike
Falls Church, VA 22041-3255
Telephone: (877) 670-2
Date: 09/06/2016

Steven M Oster
The Oster Law Firm
1850 M St NW
Suite 280
Washington, DC 20036

Dear Mr. Oster:

Re: Elizabeth Dee Stone, 1434 Potomac Ave, SE, Suite 2, Washington, DC 20003

We have granted your request for more time before we act on your case.

**You May Send More Information**

You may send us more evidence or a statement about the facts and the law in this case.

Any more evidence must be new *and* material to the issues considered in the hearing decision dated March 2, 2016.

**We Will Not Act For 25 Days**

If you have more information, you must send it to us within 25 days of the date of this letter. We will not allow more time to send information except for very good reasons.

Our address and FAX number are:

**ADDRESS:**        Appeals Council
                 Office of Disability Adjudication and Review
                 ATTN:  ODAR OAO RSI/SSI Staff, Suite 1102
                 5107 Leesburg Pike
                 Falls Church, VA  22041-3255

**FAX:**           (703)605-7141, Attn: ODAR OAO RSI/SSI Staff

***Put the claimant's Social Security Number on your request.***

See Next Page



*If you send us anything by fax, please do not send duplicates by mail.  That may delay processing your claim.*

## What Happens Next

If we do not hear from you within 25 days, we will assume that you do not want to send us more information.  We will then proceed with our action based on the record we have.

## If You Have Any Questions

If you have any questions, you may call or write the Appeals Council.  Our telephone number and address are shown at the top of this letter.  If you do call, please have this notice with you.


                                        ORIGINAL SIGNED BY
                                        Kevin Close
                                        Lead Legal Assistant

cc:
Elizabeth Dee Stone
1434 Potomac Ave, SE
Suite 2
Washington, DC 20003

# STEVEN M. OSTER

## ATTORNEY-AT-LAW

August 1, 2016

APPEALS COUNCIL
OFFICE OF DISABILITY ADJUDICATION
    AND REVIEW, SSA
5107 Leesburg Pike
FALLS CHURCH, VA 22041-3255

Re:   **Elizabeth Stone Nirenberg – 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**

Dear Sir or Madam:

On May 3, 2016 I filed a Request for Review of Hearing Decision. I requested an extension of time to provide evidence. In addition, I requested a meeting with the SSA to discuss a settlement and payment plan. **I have sent three follow-up letters, but there has been no response.**

Can you please provide the requested extension and, further, arrange a meeting to discuss this matter and a possible settlement? Please call me at 202.596.5291, send a letter to me at **305 Center Street North, Vienna, VA** 22180, or email me at steve@osterlawfirm.com. Thank you for your attention to this matter.

Sincerely,

Steven M. Oster

Encs.

SOCIAL SECURITY ADMINISTRATION

Form Approved
OMB No. 0960-0277

# REQUEST FOR REVIEW OF HEARING DECISION/ORDER

(Do not use this form for objecting to a recommended ALJ decision.)

**See Privacy Act Notice**

*(Either mail the signed original form to the Appeals Council at the address shown below, or take or mail the signed original to your local Social Security office, the Department of Veterans Affairs Regional Office in Manila, or any U.S. Foreign Service Post and keep a copy for your records.)*   **13**

| 1. CLAIMANT NAME | 2. CLAIMANT SSN | 3. CLAIM NUMBER (If different than SSN) |
|---|---|---|
| Elizabeth Stone Nirenberg | 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 | |

4. I request that the Appeals Council review the Administrative Law Judge's action on the above claim because:

The ALJ decision is contrary to law and contains material errors of fact. The decision should be reversed and a waiver of repayment granted or a remand ordered.

☒ Please grant me an extension of time to submit evidence or argument.

## ADDITIONAL EVIDENCE

If you have additional evidence that relates to the period on or before the date of the hearing decision, you must inform the Appeals Council about it or submit it. If you have a representative, then your representative must help you obtain the evidence unless the evidence falls under an exception. You may also submit any other additional evidence to the Appeals Council. If you need additional time to submit evidence or legal argument, you must request an extension of time in writing now. This will ensure that the Appeals Council has the opportunity to consider the additional evidence before taking its action. If you submit neither evidence nor legal argument now or within any extension of time the Appeals Council grants, the Appeals Council will take its action based on the evidence currently in your file.

**IMPORTANT: WRITE YOUR SOCIAL SECURITY NUMBER ON ANY LETTER OR MATERIAL YOU SEND US. IF YOU RECEIVED A BARCODE FROM US, THE BARCODE SHOULD ACCOMPANY THIS DOCUMENT AND ANY OTHER MATERIAL YOU SUBMIT TO US.**

**SIGNATURE BLOCKS:** You should complete No. 5 and your representative (if any) should complete No. 6. If you are represented and your representative is not available to complete this form, you should also print his or her name, address, etc. in No. 6.

I declare under penalty of perjury that I have examined all the information on this form, and on any accompanying statements or forms, and it is true and correct to the best of my knowledge.

| 5. CLAIMANT'S SIGNATURE | DATE | 6. REPRESENTATIVE'S SIGNATURE | DATE |
|---|---|---|---|
| *Elizabeth Stone Nirenberg* | 05/03/2016 | *[signature]* | 05/03/2016 |
| PRINT NAME | | PRINT NAME   ☒ ATTORNEY   ☐ NON-ATTORNEY | |
| Elizabeth Stone Nirenberg | | Steven M. Oster | |
| ADDRESS          CITY, STATE, ZIP | | ADDRESS          CITY, STATE, ZIP | |
| 1434 Potomac Ave, SE, #2, Wash, DC 20003 | | 305 Center St N, Vienna, VA 22180 | |
| TELEPHONE NUMBER | FAX NUMBER | TELEPHONE NUMBER | FAX NUMBER |
| 202-478-9438 | N/A | 202-596-5291 | 202-747-5862 |

### THE SOCIAL SECURITY ADMINISTRATION STAFF WILL COMPLETE THIS PART

7. Request received for the Social Security Administration on _____ by: _____

          (Date)                    (Print Name)

(Title)          (Address)          (Servicing FO Code)          (PC Code)

8. Is the request for review received within 65 days of the ALJ's Decision/Dismissal?   ☐ Yes   ☐ No

9. If "No" checked:
☐ (1) attach claimant's explanation for delay; and
☐ (2) attach copy of appointment notice, letter or other pertinent material or information in the Social Security Office.

10. Check one:
☐ Initial Entitlement
☐ Termination or other

11. Check all claim types that apply:
☐ Retirement or survivors          (RSI)
☐ Disability-Worker          (DIWC)
☐ Disability-Widow(er)          (DIWW)
☐ Disability-Child          (DIWC)
☐ SSI Aged          (SSIA)
☐ SSI Blind          (SSIB)
☐ SSI Disability          (SSID)
☐ Title VIII Only          (SVB)
☐ Title VIII/Title XVI          (SVB/SSI)
☐ Other - Specify:

APPEALS COUNCIL
OFFICE OF DISABILITY ADJUDICATION
AND REVIEW, SSA
5107 Leesburg Pike
FALLS CHURCH, VA 22041 - 3255

Form HA-520-U5 (01-2016) UF (01-2016)
Destroy Prior Editions

**TAKE OR SEND ORIGINAL TO SSA AND RETAIN A COPY FOR YOUR RECORDS**



DMR-01
MAY 0 4 2016
MAILROOM

Form Approved
OMB No. 0960-0527

**Please read the instructions before completing this form.**

| Name (Claimant) (Print or Type) | Social Security Number | | |
|---|---|---|---|
| Elizabeth Stone Nirenberg | 555 | 81 | 6395 |
| Wage Earner (If Different) | Social Security Number | | |

**14**

## Part I          CLAIMANT'S APPOINTMENT OF REPRESENTATIVE

I appoint this individual, Steven M. Oster

(Name and Address)

to act as my representative in connection with my claim(s) or asserted right(s) under:

☒ Title II (RSDI)    ☐ Title XVI (SSI)    ☐ Title XVIII (Medicare)    ☐ Title VIII (SVB)

This individual may, entirely in my place, make any request or give any notice; give or draw out evidence or information; get information; and receive any notice in connection with my pending claim(s) or asserted right(s).

☒ I authorize the Social Security Administration to release information about my pending claim(s) or asserted right(s) to designated associates who perform administrative duties (e.g. clerks), partners, and/or parties under contractual arrangements (e.g. copying services) for or with my representative.

☐ I appoint, or I now have, more than one representative. My principal representative is:

_____
(Name of Principal Representative)

| Signature (Claimant) | Address 1434 Potomac Avenue, SE, No. 2 | |
|---|---|---|
| *Elizabeth Stone Nirenberg / Gus* | Washington, DC 20003 | |
| Telephone Number (with Area Code) | Fax Number (with Area Code) | Date |
| 202  478  9438 | N/A | 05/03/2016 |

## Part II          REPRESENTATIVE'S ACCEPTANCE OF APPOINTMENT

I, Steven M. Oster                          , hereby accept the above appointment. I certify that I have not been suspended or prohibited from practice before the Social Security Administration; that I am not disqualified from representing the claimant as a current or former officer or employee of the United States; and that I will not charge or collect any fee for the representation, even if a third party will pay the fee, unless it has been approved in accordance with the laws and rules referred to on the reverse side of the representative's copy of this form. If I decide not to charge or collect a fee for the representation, I will notify the Social Security Administration. (Completion of Part III satisfies this requirement.)

Check one: ☒ I am an attorney.   ☐ I am a non-attorney eligible for direct payment under SSA law.

☐ I am a non-attorney not eligible for direct payment.

I am now or have previously been disbarred or suspended from a court or bar to which I was previously admitted to practice as an attorney. ☐ YES   ☒ NO

I am now or have previously been disqualified from participating in or appearing before a Federal program or agency. ☐ YES   ☒ NO

**I declare under penalty of perjury that I have examined all the information on this form, and on any accompanying statements or forms, and it is true and correct to the best of my knowledge.**

| Signature (Representative) | Address 305 Center St North | |
|---|---|---|
| *[signature]* | Vienna, VA 22180 | |
| Telephone Number (with Area Code) | Fax Number (with Area Code) | Date |
| 202  596  5291 | 202  747  5862 | 05/03/2016 |

## Part III          FEE ARRANGEMENT

(Select an option, sign and date this section.)

☐ **I am charging a fee and requesting direct payment** of the fee from withheld past-due benefits. *(SSA must authorize the fee unless a regulatory exception applies.)*

☐ **I am charging a fee but waiving direct payment** of the fee from withheld past-due benefits --I do not qualify for or do not request direct payment. *(SSA must authorize the fee unless a regulatory exception applies.)*

☐ **I am waiving fees and expenses from the claimant and any auxiliary beneficiaries** --By checking this block I certify that my fee will be paid by a third-party entity or government agency, and that the claimant and any auxiliary beneficiaries are free of all liability, directly or indirectly, in whole or in part, to pay any fee or expenses to me or anyone as a result of their claim(s) or asserted right(s). *(SSA does not need to authorize the fee if a third-party entity or a government agency will pay from its funds the fee and any expenses for this appointment. Do not check this block if a third-party individual will pay the fee.)*

☒ **I am waiving fees from any source** --I am waiving my right to charge and collect any fee, under sections 206 and 1631 (d)(2) of the Social Security Act. I release my client and any auxiliary beneficiaries from any obligations, contractual or otherwise, which may be owed to me for services provided in connection with their claim(s) or asserted right(s).

| Signature (Representative) | Date |
|---|---|
| *[signature]* | 05/03/2016 |

Form SSA-1696-U4 (07-2014) ef (07-2014)
Use Prior Editions Until Exhausted

**FILE COPY**



**SOCIAL SECURITY ADMINISTRATION**

Office of Disability Adjudication and Review
SSA ODAR Hearing Ofc.
Suite 300                                    **15**
1227 25th St NW
Washington, DC 20037-8199

Date: March 2, 2016

Elizabeth Dee Stone
1434 Potomac Ave, SE
Suite 2
Washington, DC 20003

## Notice of Decision – Unfavorable

I carefully reviewed the facts of your case and made the enclosed decision. Please read this notice and my decision.

### If You Disagree With My Decision

If you disagree with my decision, you may file an appeal with the Appeals Council.

### How To File An Appeal

To file an appeal you or your representative must ask in writing that the Appeals Council review my decision. You may use our Request for Review form (HA-520) or write a letter. The form is available at www.socialsecurity.gov. Please put the Social Security number shown above on any appeal you file. If you need help, you may file in person at any Social Security or hearing office.

Please send your request to:

**Appeals Council**
**Office of Disability Adjudication and Review**
**5107 Leesburg Pike**
**Falls Church, VA 22041-3255**

### Time Limit To File An Appeal

You must file your written appeal **within 60 days** of the date you get this notice. The Appeals Council assumes you got this notice 5 days after the date of the notice unless you show you did not get it within the 5-day period.

The Appeals Council will dismiss a late request unless you show you had a good reason for not

Form HA-L76-OP2 (03-2010)

**Suspect Social Security Fraud?**
**Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline**
**at 1-800-269-0271 (TTY 1-866-501-2101).**

See Next Page

filing it on time.                                               **16**

## What Else You May Send Us

You or your representative may send us a written statement about your case. You should send your written statement **with your appeal**. Sending your written statement with your appeal may help us review your case sooner.

## How An Appeal Works

The Appeals Council will consider your entire case. It will consider all of my decision, even the parts with which you agree. Review can make any part of my decision more or less favorable or unfavorable to you. The rules the Appeals Council uses are in the Code of Federal Regulations, Title 20, Chapter III, Part 404 (Subpart J).

The Appeals Council may:

- Deny your appeal,
- Return your case to me or another administrative law judge for a new decision,
- Issue its own decision, or
- Dismiss your case.

The Appeals Council will send you a notice telling you what it decides to do. If the Appeals Council denies your appeal, my decision will become the final decision.

## The Appeals Council May Review My Decision On Its Own

The Appeals Council may review my decision even if you do not appeal. If the Appeals Council reviews your case on its own, it will send you a notice within 60 days of the date of this notice.

## When There Is No Appeals Council Review

If you do not appeal and the Appeals Council does not review my decision on its own, my decision will become final. A final decision can be changed only under special circumstances. You will not have the right to Federal court review.

## New Application

You have the right to file a new application at any time, but filing a new application is not the same as appealing this decision. If you disagree with my decision and you file a new application instead of appealing, you might lose some benefits or not qualify for benefits at all. My decision could also be used to deny a new application for benefits if the facts and issues are the same. If you disagree with my decision, you should file an appeal within 60 days.

Elizabeth Dee Stone (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)                                    Page 3 of 3

**17**

**If You Have Any Questions**

We invite you to visit our website located at www.socialsecurity.gov to find answers to general questions about social security.  You may also call (800) 772-1213 with questions.  If you are deaf or hard of hearing, please use our TTY number (800) 325-0778.

If you have any other questions, please call, write, or visit any Social Security office.  Please have this notice and decision with you.  The telephone number of the local office that serves your area is (866)708-3255.  Its address is:

> Social Security
> 2100 M St NW
> Washington, DC 20037-1207

> Thomas Mercer Ray
> Administrative Law Judge

Enclosures:
Decision Rationale


cc:    Steven M. Oster
       1850 M St NW
       Suite 280
       Washington, DC 20036

**SOCIAL SECURITY ADMINISTRATION**
Office of Disability Adjudication and Review

**18**

### DECISION

**IN THE CASE OF**

Elizabeth Dee Stone
(Claimant)

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
(Social Security Number)

**DISPUTE OF**

Waiver of Overpayment

## JURISDICTION AND PROCEDURAL HISTORY

The claimant is an individual who became eligible for Title II disability benefits effective February 2004 (Exhibit 2). In a Notice dated March 15, 2008, the Social Security Administration informed the claimant that she was overpaid Title II benefits in the amount of $29,802.00 for the periods of March 2006 through March 2007, May 2007 through October 2007, and January 2008 through March 2008. This was due to substantial gainful activity (Exhibit 12). Subsequent income tax return payments in 2010 and 2011 reduced the amount to the present $19,690.00 (Exhibits 16 and 20).

On February 7, 2012, the claimant requested waiver of the overpayment, stating that she was not at fault in causing the overpayment (Exhibit 23). The field office denied the claimant's request for waiver on August 8, 2012 (Exhibit 30). Thereafter, the claimant filed a written request for hearing on June 20, 2012 (Exhibit 32) (20 CFR 404.929 *et seq.*).

The claimant appeared and testified at a hearing held on January 19, 2016, in Washington, DC. The claimant is represented by Steven M. Oster, an attorney (Exhibit 27). American Sign Language interpretation was provided on behalf of the claimant by Tatiana Hernandez during the hearing.

## ISSUES

The issue is whether the claimant qualifies for waiver of the overpayment as defined under Section 204(b) of the Social Security Act (Act). Adjustment or recovery of the overpayment shall be waived, if the claimant is without fault, and adjustment or recovery would defeat the purpose of the Act, or would be against equity and good conscience.

After careful review of all the evidence, the undersigned concludes the claimant has been overpaid within the meaning of the Act, and recovery of the overpayment is not waived.

See Next Page

## APPLICABLE LAW

Under the authority of Title II of the Social Security Act, where the claimant has been overpaid old-age, survivors, or disability insurance benefits, the Social Security Administration will seek adjustment or recovery of benefits. An overpayment is the difference between the amount paid to the overpaid individual and the amount of payment to which the individual was actually entitled (20 CFR 404.504). The undersigned must consider all available evidence related to the overpayment (20 CFR 404.522(a)).

Section 204(b) of the Act provides that adjustment or recovery of the overpayment shall be waived, the effect of which relinquishes the obligation of the claimant to repay the amount of the overpayment, covered by waiver, if the claimant is without fault and adjustment or recovery would either defeat the purpose of Title II of the Act, or be against equity and good conscience (20 CFR 404.506(a)).

Fault as used in *without fault* applies only to the individual. Although the Social Security Administration may have been at fault in making the overpayment, that fact does not relieve the claimant or any other individual from whom the Administration seeks to recover the overpayment from liability for repayment, if the claimant is not without fault. In determining whether the individual is at fault, the undersigned will consider all pertinent circumstances, including the claimant's age and intelligence, and any physical, mental, educational, or linguistic limitations (including any lack of facility with the English language) she has (20 CFR 404.507).

If the claimant is considered to be without fault, the undersigned must decide whether recovery of the overpayment would defeat the purpose of Title II of the Act. Adjustment or recovery will defeat the purpose of the Act where the claimant needs substantially all of her *current* income (including social security monthly benefits) to meet *current* ordinary and necessary living expenses. Ordinary and necessary expenses include: fixed living expenses, such as food and clothing, rent, mortgage payments, utilities, maintenance, insurance (e.g., life, accident, and health insurance including premiums for supplementary medical insurance benefits), taxes, installment payments, etc.; medical, hospitalization, and other similar expenses; expenses for the support of others for whom the claimant is legally responsible; and other miscellaneous expenses which may reasonably be considered as part of the claimant's standard of living (20 CFR 404.508(a) and (b)).

If the claimant is found to be without fault, the undersigned must also consider whether recovery of an overpayment is against equity and good conscience under Title II of the Act. Recovery of the overpayment is against equity and good conscience if the claimant changed her position for the worse or relinquished a valuable right because of reliance upon a notice that a payment would be made or because of the overpayment itself; or, was living in a separate household from the overpaid person at the time of the overpayment and did not receive the overpayment. The claimant's financial circumstances are not material to a finding of against equity and good conscience (20 CFR 404.509).

See Next Page

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

After careful consideration of the entire record, the undersigned makes the following findings:

**1.   The claimant was overpaid benefits in the amount of $29,802.00 during the periods of March 2006 through March 2007, May 2007 through October 2007, and January 2008 through March 2008 (20 CFR 404.504).**

The claimant began receiving benefits in February 2004 (Exhibit 2). SSA allows for a "trial work period" (TWP) in which beneficiaries can attempt to return to work without any threat of losing their benefits. The TWP lasts for nine months, which do not have to be consecutive. Once the TWP is completed, there is a 36-month "extended period of eligibility," (EPE) during which a beneficiary is still entitled to benefits for any months during which they do not earn SGA (20 CFR 404.1592).

In this case, the claimant's TWP months include October 2004, November 2004, December 2004, April 2005, June 2005, August 2005, September 2005, October 2005, and November 2005. Her EPE began December 2005. The claimant continued to earn SGA working Gallaudet University, with the exception of April 2007 and November/December 2007,until benefits were terminated in March 2008, while also receiving monthly benefits. This resulted in the overpayment of $29, 802.00 (Exhibits 7, 10).

**2.   The claimant was not without fault in causing the overpayment (20 CFR 404.506(a), 404.507, and 404.510a).**

At the hearing, the claimant testified that she went in person to SSA in 2005, 2006, and again thereafter, but prior to receiving notice of overpayment, to disclose her employment and submit proof of her income. She testified that she knew that she was no longer eligible for benefits and clearly asked that they stop being sent, but also that she did not know that her income level rendered her ineligible and that she was confused due to notices she received regarding increases in her benefits. She testified that a representative indicated that they would make a note of it and stop the benefits, but also that she spent those benefits she continued to receive. She further testified that she was made aware of income limits on eligibility for benefits at the time she applied for benefits.

The claimant was notified of her overpayment via letter dated March 15, 2008 (Exhibit 12). She was subsequently contacted by SSA on January 29, 2010, and February 12, 2010, at which times messages were left via relay operator (Exhibit 15). SSA sent notices to the claimant on April 14, 2010, and April 27, 2011, informing her of income tax return funds that were applied to her overpayment balance (Exhibits 16, 20). SSA sent notices of appointments, requesting that the claimant come to the office to discuss her overpayment, on July 29, 2010, and December 23, 2010. On February 7, 2012, the claimant filed a Request for Waiver of Overpayment. An opportunity for personal conference was presented to the claimant, but after she rescheduled the appointment five times, her waiver request was denied on August 8, 2012 (Exhibits 23, 25, 30).

See Next Page

An individual is deemed to be at fault or not without fault for the creation of an overpayment if that overpayment resulted from:

    (A) An incorrect statement made by the individual which he knew or should have known to be incorrect; or

    (B) Failure to furnish information which he knew or should have known to be material; or

    (C) With respect to the overpaid individual only, acceptance of a payment which he either knew or could have been expected to know was incorrect (20 CFR 404.507).

In terms of part (A), there is no suggestion in the record that the claimant made any statements that he knew or should have known to be incorrect, which resulted in the creation of the overpayment.

In terms of part (B), there is no suggestion in the record that the claimant failed to furnish material information.

In terms of part (C), the undersigned finds that the claimant's testimony indicates that she knew that there were income limits in order to maintain eligibility, and that she knew that she was no longer eligible; yet, she continued to accept benefit checks and spend that money received. On the other hand, it is understandable that she was confused based on the correspondence from SSA notifying her of increases in benefits, after she was told benefits would be stopped, as requested.

In sum, the claimant cannot be found without any fault given her apparent understanding of the income limit rules, evidenced by her proactive request that benefits be terminated. Please note this is a close call, reasonable people, including Judges could differ, and find that the claimant was at fault on this evidence. The undersigned give the claimant the benefit of the doubt on this issue.

**3. Recovery of the overpayment does not defeat the purpose of Title II of the Act (20 CFR 404.508(a) and (b)).**

Recovery of the overpayment does not defeat the purpose of Title II of the Act because recovery would not deprive the claimant of income required for ordinary and necessary living expenses.

In her latest Request for Waiver of Overpayment, the claimant listed her monthly take-home pay as $3,710.00 and that of her spouse as $3,000.00, for a total of $6,710.00. She listed monthly expenses including $2,276.94 for rent or mortgage, $350.00 for food, $250.00 for utilities, $200.00 for clothing, $300.00 for other home taxes/fees, $300.00 for insurance, $200.00 for medical/dental expenses, and $50.00 for transportation. Thus, the total monthly adjusted household expenses are $3,951.94 (Exhibit 51).

In comparing the claimant's income and expenses, there is a surplus of income. Thus, the undersigned concludes that recovery of the overpayment would not deprive the claimant of income needed for ordinary and necessary living expenses.

See Next Page

**22**

**4.  Recovery of the overpayment would not be against equity and good conscience (20 CFR 404.509).**

There is no evidence that the claimant has changed her position for the worse or relinquished a valuable right because of reliance upon a notice that a payment would be made or because of the overpayment itself; nor was she living in a separate household from the overpaid person at the time of the overpayment.  Thus, recovery of the overpayment would not be against equity and good conscience.

**5.  Recovery of the overpayment is not waived, and the claimant is liable for repayment of $29,802.00 (currently $19,690.00) during the periods of March 2006 through March 2007, May 2007 through October 2007, and January 2008 through March 2008 (20 CFR 404.506).**

**DECISION**

Based on the waiver request filed, the overpayment amount of $29,802.00 (currently $19,690.00) is not waived and the claimant is liable pursuant to section 204(a)(1)(A) of the Social Security Act.

/s/ *Thomas Mercer Ray*
_____
Thomas Mercer Ray
Administrative Law Judge

March 2, 2016
_____
Date

August 27, 2003, 11:42

PAGE 1

NH 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

SG-SSA-16

**23**

```
: --------------------- :
: UNIT: TE2018          :
:                       :
:                       :
:                       :
:                       :
:                       :
: --------------------- :
```

### APPLICATION FOR DISABILITY INSURANCE BENEFITS

APPLY FOR A PERIOD OF DISABILITY AND/OR ALL INSURANCE BENEFITS FOR WHICH I AM ELIGIBLE UNDER TITLE II AND PART A OF TITLE XVIII OF THE SOCIAL SECURITY ACT, AS PRESENTLY AMENDED.

MY NAME IS ELIZABETH DEE STONE.

MY SOCIAL SECURITY NUMBER IS 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.

MY DATE OF BIRTH IS December 5, 1974.

I AM A CITIZEN OF THE UNITED STATES.

I BECAME UNABLE TO WORK BECAUSE OF MY DISABLING CONDITION ON January 1, 2003.

I AM STILL DISABLED.

PREVIOUS APPLICATION HAS BEEN FILED WITH THE SOCIAL SECURITY ADMINISTRATION BY OR FOR ME.

I HAVE NOT FILED NOR DO I INTEND TO FILE FOR ANY WORKERS' COMPENSATION, PUBLIC DISABILITY OR BLACK LUNG BENEFITS.

I AM NOT ENTITLED TO NOR DO I EXPECT TO BECOME ENTITLED TO A PENSION OR ANNUITY BASED IN WHOLE OR IN PART ON WORK AFTER 1956 NOT COVERED BY SOCIAL SECURITY.

THE SOCIAL SECURITY ADMINISTRATION AND THE STATE AGENCY REVIEWING MY CLAIM DO HAVE MY PERMISSION TO CONTACT MY EMPLOYER(S).

I HAVE NEVER MARRIED.

I DO NOT HAVE ANY CHILDREN UNDER AGE 18; AGE 18-19 ATTENDING ELEMENTARY OR SECONDARY SCHOOL FULL TIME; OR AGE 18 OR OVER AND DISABLED BEFORE AGE 22 WHO MAY BE ELIGIBLE FOR SOCIAL SECURITY BENEFITS ON THIS RECORD. THIS INCLUDES CHILDREN WHO MAY OR MAY NOT BE LIVING WITH ME.

I UNDERSTAND THAT I MUST PROVIDE MEDICAL EVIDENCE ABOUT MY DISABILITY, OR ASSIST THE SOCIAL SECURITY ADMINISTRATION IN OBTAINING THE EVIDENCE.

EXHIBIT 1

PAGE 1 of 3

08/27/2003

NH 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                                   SG-SSA-16

I UNDERSTAND THAT I MAY BE REQUESTED BY THE STATE DISABILITY DETERMINATION 24
SERVICES TO HAVE A CONSULTATIVE EXAMINATION AT THE EXPENSE OF THE SOCIAL
SECURITY ADMINISTRATION AND THAT IF I DO NOT GO, MY CLAIM MAY BE DENIED.

I AUTHORIZE ANY PHYSICIAN, HOSPITAL, AGENCY, OR OTHER ORGANIZATION TO DISCLOSE
ANY MEDICAL RECORD OR INFORMATION ABOUT MY DISABILITY TO THE SOCIAL SECURITY
ADMINISTRATION OR TO THE STATE DISABILITY DETERMINATION SERVICES THAT MAY
REVIEW MY CLAIM OR CONTINUING DISABILITY.

I AUTHORIZE THE SOCIAL SECURITY ADMINISTRATION TO RELEASE ANY INFORMATION ABOUT
ME TO A PHYSICIAN OR MEDICAL FACILITY PREPARATORY TO AN EXAMINATION OR TEST.
RESULTS OF SUCH EXAMINATION OR TEST MAY BE RELEASED TO MY PHYSICIAN OR OTHER
TREATING SOURCE.

I AUTHORIZE THAT INFORMATION ABOUT MY DISABILITY MAY BE FURNISHED TO ANY
CONTRACTOR FOR CLERICAL SERVICES BY THE STATE DISABILITY DETERMINATION
SERVICES.

  AGREE TO NOTIFY THE SOCIAL SECURITY ADMINISTRATION OF ALL EVENTS AS EXPLAINED
 ME.

I AGREE TO NOTIFY THE SOCIAL SECURITY ADMINISTRATION:

        -- IF MY MEDICAL CONDITION IMPROVES SO THAT I WOULD BE ABLE TO
        WORK, EVEN THOUGH I HAVE NOT YET RETURNED TO WORK.

        -- IF I GO TO WORK WHETHER AS AN EMPLOYEE OR A SELF-EMPLOYED
        PERSON.

        -- IF I APPLY FOR OR RECEIVE A DECISION ON BENEFITS UNDER ANY
        WORKERS' COMPENSATION LAW OR PLAN (INCLUDING BLACK LUNG
        BENEFITS FROM THE DEPARTMENT OF LABOR), OR OTHER PUBLIC
        BENEFIT BASED ON DISABILITY.

        -- IF I AM CONFINED TO A JAIL, PRISON, PENAL INSTITUTION, OR
        CORRECTIONAL FACILITY FOR CONVICTION OF A CRIME OR I AM
        CONFINED TO A PUBLIC INSTITUTION BY COURT ORDER IN
        CONNECTION WITH A CRIME.

THE ABOVE EVENTS MAY AFFECT MY ELIGIBILITY TO DISABILITY BENEFITS AS
PROVIDED IN THE SOCIAL SECURITY ACT, AS AMENDED.

I AGREE TO NOTIFY THE SOCIAL SECURITY ADMINISTRATION IF I BECOME ENTITLED TO A
PENSION OR ANNUITY BASED ON EMPLOYMENT AFTER 1956 NOT COVERED BY SOCIAL
SECURITY, OR IF SUCH PENSION OR ANNUITY STOPS.

BENEFITS TO A STEPCHILD TERMINATE THE MONTH AFTER THE MONTH THE WORKER AND THE
STEPCHILD'S PARENT OBTAIN A FINAL DIVORCE. THEREFORE, IF A STEPCHILD BECOMES
ENTITLED ON MY RECORD, I AGREE TO NOTIFY SSA IF THE STEPCHILD'S PARENT AND I
SUBSEQUENTLY DIVORCE.

MY REPORTING RESPONSIBILITIES HAVE BEEN EXPLAINED TO ME.

I KNOW THAT ANYONE WHO MAKES OR CAUSES TO BE MADE A FALSE STATEMENT OR
REPRESENTATION OF MATERIAL FACT IN AN APPLICATION OR FOR USE IN DETERMINING A
RIGHT TO PAYMENT UNDER THE SOCIAL SECURITY ACT COMMITS A CRIME PUNISHABLE UNDER
FEDERAL LAW BY FINE, IMPRISONMENT OR BOTH. I AFFIRM THAT ALL INFORMATION I HAVE

2

NH 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                                    SG-SSA-16    *25*

GIVEN IN CONNECTION WITH THIS CLAIM IS TRUE.


MY MAILING ADDRESS IS 5415 CONNECTICUT AVE
                      APT 303
                      WASHINGTON DC 20015

MY TELEPHONE NUMBER IS ( 202) 244-8763.

SIGNATURE ✓ _~E Som_                    DATE / 8·28·03

WITNESSES ARE REQUIRED ONLY IF THIS APPLICATION HAS BEEN SIGNED BY MARK (X)
ABOVE. IF SIGNED BY (X), TWO WITNESSES TO THE SIGNING WHO KNOW THE APPLICANT
MUST SIGN BELOW, GIVING THEIR FULL ADDRESSES.



_____            _____
SIGNATURE OF WITNESS               SIGNATURE OF WITNESS


_____            _____
NUMBER AND STREET ADDRESS          NUMBER AND STREET ADDRESS


_____            _____
CITY, STATE AND ZIP CODE           CITY, STATE AND ZIP CODE

# Social Security Administration
# **Retirement, Survivors and Disability Insurance**
Notice of Award

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date:  March 6, 2004
Claim Number:  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HA

ELIZABETH D STONE
5415 CONNECTICUT AVE
APT 303
WASHINGTON, DC 20015-2741

|..|.|||..||....||.|.|..|.|.||..|.|.|..|||..||.|..||.|

You are entitled to monthly disability benefits beginning February 2004.

**The Date You Became Disabled**

We found that you became disabled under our rules on August 8, 2003.  This is different from the date given on the application.

Also, you have to be disabled for 5 full calendar months in a row before you can be entitled to benefits.  For these reasons, your first month of entitlement to benefits is February 2004.

**What We Will Pay And When**

- You will receive $1,139.00 for March 2004 around April 14, 2004.

- After that you will receive $1,139.00 on or about the second Wednesday of each month.

The day we make payments on this record is based on your date of birth.

**Other Government Payments Affect Benefits**

We are withholding your Social Security benefits for February 2004.  We may have to reduce these benefits if you received Supplemental Security Income (SSI) for this period.  When we decide whether or not we will have to reduce your Social Security benefits, we will send you another letter.  We will pay you any Social Security benefits you are due for this period.

Enclosure(s):
Pub 05-10153
Pub 05-10058

C                              See Next Page

EXHIBIT ___2___
PAGE __1__ of _3_

3/06/2004

## Other Social Security Benefits

The benefit described in this letter is the only one you can receive from Social Security. If you think that you might qualify for another kind of Social Security benefit in the future, you will have to file another application.

## Your Responsibilities

The decisions we made on your claim are based on information you gave us. If this information changes, it could affect your benefits. For this reason, it is important that you report changes to us right away.

We have enclosed a pamphlet, "When You Get Social Security Disability Benefits...What You Need To Know." It will tell you what must be reported and how to report. Please be sure to read the parts of the pamphlet which explain what to do if you go to work or if your health improves.

A provider of employment or vocational rehabilitation services may contact you about getting help to go to work. The provider may be a State vocational rehabilitation agency or a provider under contract with the Social Security Administration.

If you go to work, special rules allow us to continue your cash payments and health care coverage. For more information about how work and earnings affect disability benefits, call or visit any Social Security office and ask for the following publications:

- Social Security - Working While Disabled...How We Can Help (SSA Publication No. 05-10095).

- Social Security - If You Are Blind--How We Can Help (SSA Publication No. 05-10052).

## Do You Disagree With The Decision?

If you disagree with this decision, you have the right to appeal. We will review your case and consider any new facts you have. A person who did not make the first decision will decide your case. We will correct any mistakes. We will review those parts of the decision which you believe are wrong and will look at any new facts you have. We may also review those parts which you believe are correct and may make them unfavorable or less favorable to you.

- You have 60 days to ask for an appeal.

- The 60 days start the day after you get this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.

- You must have a good reason for waiting more than 60 days to ask for an appeal.

- You have to ask for an appeal in writing. We will ask you to sign a Form SSA-561-U2, called "Request for Reconsideration". Contact one of our offices if you want help.

Please read the enclosed pamphlet, "Your Right to Question the Decision Made on Your Social Security Claim". It contains more information about the appeal.

**Things To Remember For The Future**

Doctors and other trained staff decided that you are disabled under our rules. But, this decision must be reviewed at least once every 3 years. We will send you a letter before we start the review. Based on that review, your benefits will continue if you are still disabled, but will end if you are no longer disabled.

**If You Want Help With Your Appeal**

You can have a friend, lawyer or someone else help you. There are groups that can help you find a lawyer or give you free legal services if you qualify. There are also lawyers who do not charge unless you win your appeal. Your local Social Security office has a list of groups that can help you with your appeal.

If you get someone to help you, you should let us know. If you hire someone, we must approve the fee before he or she can collect it. And if you hire a lawyer, we will withhold up to 25 percent of any past due benefits to pay toward the fee.

**If You Have Any Questions**

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-202-653-5040. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

> SOCIAL SECURITY
> 2100 M STREET NW
> WASHINGTON, DC 20037

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

Jo Anne B. Barnhart
Commissioner
of Social Security

# Social Security Administration
## Retirement, Survivors, and Disability Insurance
Notice of Change in Benefits

**29**

OFFICE OF CENTRAL OPERATIONS
1500 WOODLAWN DRIVE
BALTIMORE, MD  21241-1500

DATE:  NOVEMBER 04, 2004
CLAIM NUMBER(S):  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 HA

ELIZABETH D STONE
5415 CONNECTICUT AVENW
APT NBR 338
WASHINGTON DC  20015-2765

I..I.IlI..II......IlI.I..I.lI..I..IIl..I.l.l.l.l..l..l.lI

We checked our records to see if any changes in your benefits are
necessary.

We are increasing your benefit amount to give you credit for
additional earnings which were not included when we figured
your benefit before.

**WHAT WE WILL PAY**

- We will send you a payment of $1,239.00 on or about
  December 8, 2004.  This payment includes your
  new regular monthly benefit for November 2004,
  plus the difference between what we paid you
  each month and the $1,149.00 we should have
  paid you each month from February 2004 through
  October 2004.

- After that, you will receive $1,149.00 on or about the
  second Wednesday of each month.

The regular monthly payment shown above does not include any
upcoming cost of living adjustment.  We will contact you
separately if there is any such increase to your benefits.

**DO YOU DISAGREE WITH THE DECISION?**

If you disagree with our decision, you have the right to appeal.
We will review your case again and consider any new facts you
have.  A person who did not make the first decision will decide
your case.

- You have 60 days to ask for an appeal.

- The 60 days start the day after you receive
  this letter.  We assume you got this letter
  5 days after the date on it unless you show
  us that you did not get it within the 5-day
  period.

- You must have a good reason if you wait more than

11/04/2004

EXHIBIT  3
PAGE  1  of  2

60 days to ask for an appeal.

- You have to ask for an appeal in writing.
  We will ask you to sign a Form SSA-561-U2,
  called "Request for Reconsideration".
  Contact one of our offices if you want help.

**IF YOU HAVE ANY QUESTIONS**

We invite you to visit our website at www.socialsecurity.gov on the to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-202-653-5040. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
2100 M STREET NW
WASHINGTON, DC   20037

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

Jo Anne B. Barnhart
Commissioner
of Social Security

2

# Social Security Administration
# Retirement, Survivors and Disability Insurance
## Notice of Change in Benefits

**31**

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: April 7, 2006
Claim Number(s): 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 HA

ELIZABETH D STONE
5415 CONNECTICUT AVENW
APT NBR 338
WASHINGTON DC 20015

We checked our records to see if any changes in your benefits are necessary.

We are increasing your benefit amount to give you credit for your earnings in 2005 which were not included when we figured your benefit before.

## What We Will Pay And When

- We will send you a payment of $1,460.00 on or about May 10, 2006.  This payment includes your new regular monthly benefit for April 2006, plus the difference between what we paid you each month and the $1,286.00 we should have paid you each month from January 2006 through March 2006.

- After that, you will receive $1,286.00 on or about the second Wednesday of each month.

## If You Disagree With The Decision

If you disagree with our decision, you have the right to appeal.  We will review your case again and consider any new facts you have.  A person who did not make the first decision will decide your case.

- You have 60 days to ask for an appeal.

- The 60 days start the day after you receive this letter.  We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.

- You must have a good reason if you wait more than 60 days to ask for an appeal.

- You have to ask for an appeal in writing.  We will ask you to sign a Form SSA-561-U2, called "Request for Reconsideration".  Contact one of our offices if you want help.

C

See Next Page

EXHIBIT 4
PAGE 1 of 2

04/07/2006

## If You Have Any Questions

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-202-653-5040. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

> SOCIAL SECURITY
> 2100 M STREET NW
> WASHINGTON, DC 20037

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

*Jo Anne B. Barnhart*

Jo Anne B. Barnhart
Commissioner
of Social Security

2

Form Approved
OMB No. 0960-0059

SOCIAL SECURITY ADMINISTRATION

# WORK ACTIVITY REPORT - EMPLOYEE

## IDENTIFICATION - TO BE COMPLETED BY SSA

| Name of Claimant or Beneficiary<br><br>ELIZABETH D STONE | Claimant or Beneficiary's SSN<br><br>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 | 33<br>☐ Blind<br>☒ Not Blind |
|---|---|---|

| Name of Wage Earner (if different from Claimant or Beneficiary) | Wage Earner's SSN |
|---|---|

Claimant or Beneficiary is Receiving:

☒ Social Security Disability Insurance (SSDI) Benefits      ☐ Both SSDI and SSI Disability Benefits
☐ Supplemental Security Income (SSI) Disability Benefits      ☐ Neither SSDI or SSI Disability Benefits

## PART I - TO BE COMPLETED BY SSA

1. Please use this form to tell us about your work since ———————>    | 08/2003

2. We need to know this information because:

**Additional earnings are showing up on your Social Security record.**

**ANSWER THE QUESTIONS ON THIS FORM AND RETURN IT AND ANY OTHER INFORMATION ABOUT YOUR CLAIM TO THE SOCIAL SECURITY OFFICE THAT GAVE (OR SENT) YOU THE FORM.**

## PART II - TO BE COMPLETED BY PERSONS APPLYING FOR OR RECEIVING BENEFITS

You should answer each of the questions below as best and with as many details as you can. This information will help us decide if you should get or keep getting benefits. For any question below, if you need more space use Item 9, on pages 5 and 6. Remember to write the number of the question that you are answering in item 9.

1. HAVE YOU WORKED SINCE THE DATE SHOWN IN ITEM 1 OF PART I ABOVE?

   ☐ YES    If you did work, go to item 3 below and answer the rest of the questions and sign and date the form.

   ☒ NO    If you did not work, but earnings were reported for you as shown in item 2 of Part I above, go to item 2 below.

2. REPORTED WORK EARNINGS

   If you did not work, but earnings were reported for you as shown in Item 2 of Part I, explain what the pay was for.

   For example, sometimes pay is sick pay, vacation pay or holiday pay that you earned, or for work that you did before becoming unable to work because of your condition.

   If you can't explain the earnings reported for you or you don't remember what the total earnings are for, ask your employer(s). If your employer(s) cannot help you, ask your local Social Security Office to help you.

   Explanation of Earnings: ~~Wage earnings~~ I've completed my 10-week internship in August 2003 and started my graduate studies full-time in Fall 2003. I was unemployed until I started my 2nd internship in the fall of 2004.

   If you need more space, use Item 9. Then go to items 8 and 10

Form SSA-821 (03-2001) Formerly SSA-621-F4 & SSA-3945-BK      1      Destroy Prior Editions

EXHIBIT 5
PAGE ___ of 6

05/21/2007

**34**

**3.** TELL US ABOUT YOUR WORK SINCE THE DATE IN ITEM 1 OF PART 1 ABOVE.
(If you are not sure about some things, ask your employer to help you. If you need more space, use item 9, on pages 5 and 6. Remember to write the number of the question that you are answering in item 9.)

**A.** | Employer's Name | Employer's Address *(Include Street, City, State & Zip)* |
|---|---|
| ~~SELF-EMPLOYMENT~~ *(crossed out)* | UNKNOWN |
| Urban Institute | 2100 M St. Washington, DC |

| Date Work Started 10/2004 ~~01/01/2004~~ | Date Work Ended 12/31/2004 | Starting Hourly Pay | Current or Ending Pay ≈ $2,000 |
|---|---|---|---|
| Job Title Scholar Fund Researcher | Number of Hours (on average) Worked   20 ☐ Per Day ☒ Per Week | Supervisor's Name | Supervisor's Telephone Number *(Include area code)* |

Check each block below that is true for this work:

I stopped working within 6 months, or I reduced my work hours and earnings within 6 months, or within 6 months I had to change the type of work I was doing (e.g., You were a plumber and changed to lighter work.) because:

☐ of my medical condition.
☐ special conditions at work related to my medical condition that allowed me to work were removed.
☒ I stopped working or changed the type of work I was doing for other reasons. (Tell us what the other reasons were below.)

Internship was only for one semester, ended in Dec '04.

**B.** | Prior Employer's Name | Employer's Address *(Include Street, City, State & Zip)* |
|---|---|
| GALLAUDET UNIVERSITY | 800 FLORIDA AVE NE WASHINGTON DC |

| Date Work Started ~~02/2003~~ ~~01/01/2003~~ 02/2003 | Date Work Ended 05/2003 | Starting Hourly Pay ≈ 12.00/hr | Current or Ending Pay ≈ 12.00/hr |
|---|---|---|---|
| Job Title Student Assistant | Number of Hours (on average) Worked   20 ☐ Per Day ☒ Per Week | Supervisor's Name | Supervisor's Telephone Number *(Include area code)* |

Check each block below that is true for this work:

I stopped working within 6 months, or I reduced my work hours and earnings within 6 months, or within 6 months I had to change the type of work I was doing (e.g., You were a plumber and changed to lighter work.) because:

☐ of my medical condition.
☐ special conditions at work related to my medical condition that allowed me to work were removed.
☒ I stopped working or changed the type of work I was doing for other reasons. (Tell us what the other reasons were below.)

Had an internship out-of-state and started working in June 2003 (Sioux Falls, SD).

| C. | Prior Employer's Name | Employer's Address *(Include Street, City, State & Zip)* |
|---|---|---|
| | COMMUNICATION SERVICE FOR THE DEAF | INC<br>102 N KROHN PL<br>SIOUX FALLS SD 571031800 |

| Date Work Started<br>06/2003<br>~~01/01/2003~~ | Date Work Ended<br>08/2003<br>~~12/31/2003~~ | Starting Hourly Pay<br>$10/hr | Current or Ending Pay |
|---|---|---|---|
| Job Title<br>Research and<br>Development Intern | Number of Hours (on average)<br>Worked     40<br>☐ Per Day   ☒ Per Week | Supervisor's Name | Supervisor's Telephone<br>Number *(include area code)* |

Check each block below that is true for this work:

I stopped working within 6 months, or I reduced my work hours and earnings within 6 months, or within 6 months I had to change the type of work I was doing (e.g., You were a plumber and changed to lighter work.) because:

☐ of my medical condition.

☐ special conditions at work related to my medical condition that allowed me to work were removed.

☒ I stopped working or changed the type of work I was doing for other reasons. (Tell us what the other reasons were below.)

Internship was for ~~approximately~~ 10 weeks

---

4. Since the date you started working on or after shown in item 1 of Part 1, above, have there been any months which you earned over $200 per month through 12/2000 or over $530 beginning 01/2001 (before anything was withheld; e.g., taxes)?

*different dates*

☐ NO   (Go to Item 5.)

☐ YES  (Tell us which month and year and the amount you earned that month in the chart below. If you need more space, use Item 9. on pages 5 and 6. Remember to write the number of the question that you are answering in Item 9.)

| MONTH/YEAR | AMOUNT | MONTH/YEAR | AMOUNT | MONTH/YEAR | AMOUNT |
|---|---|---|---|---|---|
| | $ | | $ | | $ |
| | $ | | $ | | $ |
| | $ | | $ | | $ |
| | $ | | $ | | $ |

---

5. SPECIAL WORK CONDITIONS - Do (Did) you get special help on-the-job or extra pay in any of the that you told us about in item 3?

☒ NO   (Go to Item 6.)

☐ YES  Check all of the boxes that are true for you and tell us for which job(s) you received that help and tell us about any other special conditions(s) or help that you got on a job.

☐ I needed and got special help from other workers during my job

☐ I was given special equipment or was given work that suited my condition.

☐ I was allowed to work at a lower standard of productivity.

☐ I worked for a relative or friend.

☐ I was given a job based on my past services to an employer.

☐ I worked irregular hours or took frequent rest periods.

☐ I worked in a sheltered work center.

☐ I was hired through a special program for training or therapy (e.g., vocational rehabilitation, supported employment).

Form **SSA-821 (03-2001)** Formerly SSA-821-F4 & SSA-3945-BK          **3**

**5.** SPECIAL WORK CONDITIONS - Continued

Check all of the boxes that are true for you and tell us for which job(s) you received that help and tell us about any other special condition(s) or help that you got on a job.

My job duties were different than other workers job duties doing the same work because:

- [ ] I worked fewer hours.
- [ ] I got different pay.
- [ ] I had different duties; fewer or easier duties.
- [ ] I had extra help, extra supervision, or a job coach.
- [ ] I was given special transportation to and from work.
- [ ] I got special help getting ready for work.
- [ ] I was paid for extra rest periods at work or extra time off from work and other workers were not.
- [X] Other special help. (Explain below.)

In the space below, tell us for which job(s) you received the special help. If you need more space, use Item 9.

*I often had meetings with my supervisors to be sure I was on course.*

**6.** OTHER/SPECIAL PAYMENTS - Do (Did) you get any payment(s) from an employer in addition to regular pay? For example, did you get any tips, bonuses, sick or disability pay, vacation pay, meals, room or rent, transportation or use of a car or vehicle, or childcare?

- [X] NO   Go to Item 7.
- [ ] YES  Tell us below what these payments were. If you need more space, use Item 9.

| EMPLOYER | TYPE OF PAYMENT | AMOUNT OR ESTIMATE OF THE DOLLAR VALUE | MONTH & YEAR |
|----------|-----------------|----------------------------------------|--------------|
|          |                 | $                                      |              |
|          |                 | $                                      |              |
|          |                 | $                                      |              |
|          |                 | $                                      |              |
|          |                 | $                                      |              |

**7.** SPECIAL WORK EXPENSES (IMPAIRMENT-RELATED WORK EXPENSES) - Do (Did) you spend any money of your own earnings for any things or services related to your condition that allowed you to work and for which you did not get paid back?

For example, medicines, bandages, braces, wheelchair, artificial arm or leg, braille equipment, special telephone or computer equipment, modifications to home (wider doorways, roll-in shower, ramps, wheelchair-lift), or modifications to a car (automatic wheelchair-lift), personal assistance (personal care attendant).

- [X] NO   Go to Item 8.

- [ ] YES  Tell us about the bills, or part of the bills, that you paid for things or services related to your medical condition that you needed in order to work. (Upon review, you may be required to provide proof of these expenses.) *Do not show any bills or amounts paid by an insurance company* or any other organization or person *or paid back to you by an insurance company* or other organization or person. (Example: An insurance company might pay all or part of the bill at a later time.)

**7. SPECIAL WORK EXPENSES (IMPAIRMENT-RELATED WORK EXPENSES) - Continued**

| ITEM OR SERVICE | COST | DATE(S) PAID (MONTH & YEAR) |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |

| SPECIAL TRANSPORTATION | COST | |
|---|---|---|
| MODIFIED VEHICLE | $ | |
| TAXI-TYPE SERVICE | $ | |

**8. VOCATIONAL REHABILITATION - Are (Were) you getting any help from a vocational rehabilitation or employment services provider to get the services and/or training you need to get ready to start working, find work or keep working?**

☐ NO   If you answered no, would you like to get these services?   ☐ YES ☐ NO   Go to item 10.

☒ YES   Tell us the name and address of the people who are (were) giving you vocational rehabilitation or employment services and training.

**Vocational Rehabilitation/ Employment Services Provider**

| Name Washington State DVR | Address (Include Street, City, State & Zip) |
|---|---|
| Joy Shiels | 12063 15ᵗʰ Ave NE, Wsh. Seattle, WA 98125-5031 |
| Counselor's Name | Counselor's Telephone Number (Include Area Code) |
| Joy Shiels | 206.440.2230 |

If you need more space, go to item 9, below.

**9. More Space.** For any question above, if you need more space, use space below. Remember to write the number of the question that you are answering before you begin.

I was given support from DVR to pursue my graduate studies. They supplied me a laptop for graduate school.

38

| 9. | More Space - Continued. For any question above, if you need more space, use space below. Remember to write the number of the question that you are answering before you begin. |
| --- | --- |

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

| 10. | I authorize any employer, agency or other organization to disclose to the Social Security Administration or the state agency that may determine or review my entitlement to disability benefits any information about my medical condition or my work. |
| --- | --- |

**SIGN AND DATE THIS FORM**

**ANYONE MAKING A FALSE STATEMENT OR REPRESENTATION OF A MATERIAL FACT FOR USE IN DETERMINING A RIGHT TO PAYMENT UNDER THE SOCIAL SECURITY ACT COMMITS A CRIME PUNISHABLE UNDER FEDERAL LAW.**

| Signature of Claimant, Beneficiary or Representative | Date<br>5·21·07 | Telephone Number (Include area code & e-mail address)<br>LizStone@gmail.com |
| --- | --- | --- |

| Mailing Address (Number and Street)<br>1434 Potomac Ave SE #2 | | |
| --- | --- | --- |
| City and State<br>Washington, DC | ZIP Code<br>20003 | County |

Witnesses must sign ONLY if this statement is signed by mark (e.g.,X) above. If signed by mark (X), two witnesses to the signing who know the person making the statement must sign below, giving their full addresses and telephone numbers.

| 1. Signature of Witness | 2. Signature of Witness |
| --- | --- |
| Address (Number, Street, State & Zip Code) | Address (Number, Street, State & Zip Code) |
| Telephone Number (Include Area Code) | Telephone Number (Include Area Code) |

**FOR SSA USE ONLY - DO NOT WRITE ON THIS PAGE**                    39

| 11. | A. Contact Made: |
|---|---|

☐ In Person        ☐ By Mail    ☐ By Telephone     ☐ Other _____

**B. Completed by:**

☐ Claimant              ☐ SSA Representative          ☐ Other _____

If "Other", show:

| Name | Address | Telephone Number |
|---|---|---|
|  |  |  |
|  |  | Relationship |

12. Interviewer/Reviewer Checklist. SSA interviewers and reviewers should check all items that apply and discuss all "YES" or "NO" answers below, except for reminder items or when a final determination is prepared.

| | | |
|---|---|---|
| A. Work within waiting period or within 12 months of onset (SGA denial or reopening/revision to denial applies) | | ☐ Yes ☐ No |
| B. MIE diary involved - DDS referral needed | | ☐ Yes ☐ No |
| C. Title II TWP determination | | ☐ Yes ☐ No |
| D. Special considerations, situations, assistance (Subsidy - specific or nonspecific) | | ☐ Yes ☐ No |
| E. IRWE | | ☐ Yes ☐ No |
| F. SGA (after applicable subsidy/IRWE deduction(s)) | | ☐ Yes ☐ No |
| G. UWA (Initial claim - DDS jurisdiction. FO has documented significant break in work and made UWA recommendation to DDS for final determination) | | ☐ Yes ☐ No |
| H. UWA (Continuing disability review - FO jurisdiction) | | ☐ Yes ☐ No |
| I. EPE impairment severity issue - DDS referral needed (reminder item) | | ☐ Yes ☐ No |
| J. EPE reinstatements/suspension/termination | | ☐ Yes ☐ No |
| K. Due process required | | ☐ Yes ☐ No |
| L. Concurrent Title II & Title XVI Income & Resources or 1619 action needed | | ☐ Yes ☐ No |
| M. Other issue(s)/comment(s) not noted above | | ☐ Yes ☐ No |

Discussion

| 13. Signature and Title of SSA interviewer/reviewer | 14. FO/PSC code | 15. Telephone number | 16. Date |
|---|---|---|---|
|  |  |  |  |

Form **SSA-821 (03-2001)** Formerly SSA-821-F4 & SSA-3945-BK                                    8

## ADDITIONAL EMPLOYMENT INFORMATION
### (Continuation from Page 3)

40

| D | Employer's Name | Employer's Address *(Include Street, City, State & Zip)* |
|---|---|---|
| | ABUSED DEAF WOMENS ADVOCACY | SERVICES<br>8623 ROOSEVELT WAY NE<br>SEATTLE WA 981153027 |

| Date Work Started | Date Work Ended | Starting Hourly Pay | Current or Ending Pay |
|---|---|---|---|
| 10/11/99<br>~~01/01/2003~~ | Jan 10, 2003<br>~~12/31/2002~~ | | $38,000 |

| Job Title | Number of Hours (on average) Worked | Supervisor's Name | Supervisor's Telephone Number *(Include area code)* |
|---|---|---|---|
| Education coordinator | ☐ Per Day   ☒ Per Week | | |

Check each block below that is true for this work:

I stopped working within 6 months, or I reduced my work hours and earnings within 6 months, or within 6 months I had to change the type of work I was doing (e.g., You were a plumber and changed to lighter work.) because:

☐ of my medical condition.
☐ special conditions at work related to my medical condition that allowed me to work were removed.
☒ I stopped working or changed the type of work I was doing for other reasons. (Tell us what the other reasons were below.)

I quit my job in Seattle to move to DC area and take classes at the higher education level.

| Employer's Name | Employer's Address *(Include Street, City, State & Zip)* |
|---|---|
| | |

| Date Work Started | Date Work Ended | Starting Hourly Pay | Current or Ending Pay |
|---|---|---|---|
| | | | |

| Job Title | Number of Hours (on average) Worked | Supervisor's Name | Supervisor's Telephone Number *(Include area code)* |
|---|---|---|---|
| | ☐ Per Day   ☐ Per Week | | |

Check each block below that is true for this work:

I stopped working within 6 months, or I reduced my work hours and earnings within 6 months, or within 6 months I had to change the type of work I was doing (e.g., You were a plumber and changed to lighter work.) because:

☐ of my medical condition.
☐ special conditions at work related to my medical condition that allowed me to work were removed.
☐ I stopped working or changed the type of work I was doing for other reasons. (Tell us what the other reasons were below.)



# Social Security Administration

SSA-82 41
MOBPC 6-13-07

1500 WOODLAWN DRIVE
BALTIMORE MD 21241

MAY 13 2007

Date:
Claim Number: 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 A

ELIZABETH D STONE
UNIT 2
1434 POTOMAC AVE
WASHINGTON DC 20003-3036

We are writing to you because we need to know more about your work.

The enclosed pamphlet, "Working While Disabled...How Social Security Can Help", will tell you more about why we need to know about your work.

## What You Need To Do

The enclosed form asks for facts we need to know. Please sign, date, and return the completed form within 15 days. We have enclosed an envelope for you to use. If there is no envelope with this letter, please send the form to us at the address shown above.

## If You Have Any Questions

We invite you to visit our web site at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You may also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
2100 M ST NW
WASHINGTON DC 20037

See Next Page

Enclosures:
SSA Pub No. 05-10095
Pre-addressed Envelope

Form **SSA-821-BK** (03-2001)
EF (03-2001)

EXHIBIT 6
PAGE 1 of 2

05/31/2007

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

Carolyn L. Simmons
Associate Commissioner

Enclosures:
SSA Pub No. 05-10095
Pre-addressed Envelope

Form **SSA-821-BK** (03-2001)
EF (03-2001)

**Claim Number:  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 A**

**Work and Earning Summary**

The following information is being provided to assist you in completing the enclosed Work Activity Report. It shows any employers and yearly earnings we currently have for you on record.

Earnings information is not available for work you did this year and will likely not be shown for any work you did last year. If you have worked any other places not shown on the enclosed Work Activity Report, please provide information on a separate piece of paper.

| Employer | Year | Yearly Earnings |
|---|---|---|
| SELF-EMPLOYMENT | 2004 | $2,496.00 |
| GALLAUDET UNIVERSITY | 2006 | $52,379.54 |
|  | 2005 | $8,723.03 |
| GALLAUDET UNIVERSITY | 2003 | $3,767.30 |
| COMMUNICATION SERVICE FOR THE DEAF | 2003 | $3,920.00 |
| ABUSED DEAF WOMENS ADVOCACY | 2003 | $2,314.62 |

Enclosures:
SSA Pub No.  05-10095
· Pre-addressed Envelope

Form **SSA-821-BK** (03-2001)
EF (03-2001)

3

# Social Security Administration

**44**

For SSA Use Only
SSN 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 A
TOEL _____

· 1500 WOODLAWN DRIVE

BALTIMORE MD 21241

Date: August 7, 2007
Claim Number:  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 A

GALLAUDET UNIVERSITY
800 FLORIDA AVE NE
WASHINGTON DC 20002-3600

So that we may determine the above-named person's eligibility for Social Security benefits, please furnish the amount of gross wages earned by the employee in each of the months checked below.  If no wages were earned in a month, show "none."

Please note that we need to know the amounts earned for services performed within the calendar month, regardless of the month wages are paid.  If the employee received cash tips, include the amount in the totals for the month.

We appreciate your cooperation in furnishing this information.  An envelope requiring no postage is enclosed for your convenience.  A computerized printout in any format may be substituted for the enclosed form.  If you have any questions, please contact L. J. POGUE at (800) 772-1213.

Carolyn L. Simmons
Associate Commissioner

**PRIVACY ACT NOTICE:**  This report is authorized by law 20 CFR 404.703.  While your response is voluntary, your cooperation is needed to assure that the above named person's wage record is accurate and that a correct determination of eligibility for Social Security benefits is made.  We may also use the information you give us when we match records by computer. Matching programs compare our records with those of other Federal, State, or local government agencies.  Many agencies may use matching programs to find or prove that a person qualifies for benefits paid by the Federal government.  The law allows us to do this even if you do not agree to it.  Explanation about these and other reasons why information you provide us may be used or given out are available in Social Security Offices.  If you want to learn more about this, contact any Social Security Office.

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 U.S.C. 3507, as amended by Section 2 of the Paperwork Reduction Act of 1995.  You do not need to answer these questions unless we display a valid Office of Management and Budget control number.  We estimate it will take about 30 to 50 minutes to read the instructions, gather the facts, and answer the questions.

EXHIBIT _____7_____
PAGE_____1____ of __5__

08/07/2007

**Claim Number:** 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

**Employer:** GALLAUDET UNIVERSITY

**Social Security Number:** 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

**Workers Name:** ELIZABETH D STONE

45

---

Beginning Date of Employment: _____   Ending Date of Employment: _____

Year: 2003 Total Yearly Earnings Posted $3,767.30
If the amount of wages for each month is the same, enter the monthly amount here: $ _____

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| [X] January $ 0 | [X] April $ 1,660.55 | [X] July $ 0 | [X] October $ 0 |
| [X] February 0 | [X] May 1,340.00 | [X] August 0 | [X] November 0 |
| [X] March 718.75 | [X] June 0 | [X] September 0 | [X] December 0 |

Year: 2004 Total Yearly Earnings Posted $0.00
If the amount of wages for each month is the same, enter the monthly amount here: $ _____

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| [X] January $ 0 | [X] April $ 0 | [X] July $ 0 | [X] October $ 0 |
| [X] February 0 | [X] May 0 | [X] August 0 | [X] November 0 |
| [X] March 0 | [X] June 0 | [X] September 0 | [X] December 0 |

Year: 2005 Total Yearly Earnings Posted $8,723.03
If the amount of wages for each month is the same, enter the monthly amount here: $ _____

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| [X] January $ 0 | [X] April $ 1,050.00 | [X] July $ 0 | [X] October $ 2,326.40 |
| [X] February 0 | [X] May 580.00 | [X] August 2,830.75 | [X] November 376.40 |
| [X] March 411.50 | [X] June 850.00 | [X] September 1,761.50 | [X] December 376.40 |

Year: 2006 Total Yearly Earnings Posted $52,379.54
If the amount of wages for each month is the same, enter the monthly amount here: $ _____

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| [X] January $ 5,649.60 | [X] April $ 376.40 | [X] July $ 376.40 | [X] October $ 3,841.60 |
| [X] February 376.40 | [X] May 376.40 | [X] August 5,649.60 | [X] November 3,841.60 |
| [X] March 376.40 | [X] June 376.40 | [X] September 376.40 | [X] December 4,129.60 |

I declare under penalty of perjury that I have examined all the information on this form, and on any accompanying statements or forms, and it is true and correct to the best of my knowledge.

| EMPLOYER | Gallaudet | University | AREA CODE AND TELEPHONE NO. 202-651-5681 |
|---|---|---|---|
| SIGNATURE | | TITLE Payroll Specialist | DATE 10-5-07 |

Form SSA-L725 (06-2003) EF (08-2003)

**Claim Number:** 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

**Social Security Number:** 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

**Employer:** GALLAUDET UNIVERSITY

**Workers Name:** ELIZABETH D STONE

*(circled)* START

46

**Year:** 2007 Total Yearly Earnings Posted $0.00
If the amount of wages for each month is the same, enter the monthly amount here: $ _____

| | | |
|---|---|---|
| [X] January $5,935.20 | [X] April $3,956.80 | [X] July $5,935.20 | [ ] October $_____ |
| [X] February 3,956.80 | [X] May 3,956.80 | [X] August 3,956.80 | [ ] November _____ |
| [X] March 4,471.17 | [X] June 3,956.80 | [ ] September _____ | [ ] December _____ |

**Year:** _____ Total Yearly Earnings Posted
If the amount of wages for each month is the same, enter the monthly amount here: $ _____

| | | |
|---|---|---|
| [ ] January $_____ | [ ] April $_____ | [ ] July $_____ | [ ] October $_____ |
| [ ] February _____ | [ ] May _____ | [ ] August _____ | [ ] November _____ |
| [ ] March _____ | [ ] June _____ | [ ] September _____ | [ ] December _____ |

**Year:** _____ Total Yearly Earnings Posted
If the amount of wages for each month is the same, enter the monthly amount here: $ _____

| | | |
|---|---|---|
| [ ] January $_____ | [ ] April $_____ | [ ] July $_____ | [ ] October $_____ |
| [ ] February _____ | [ ] May _____ | [ ] August _____ | [ ] November _____ |
| [ ] March _____ | [ ] June _____ | [ ] September _____ | [ ] December _____ |

**Year:** _____ Total Yearly Earnings Posted
If the amount of wages for each month is the same, enter the monthly amount here: $ _____

| | | |
|---|---|---|
| [ ] January $_____ | [ ] April $_____ | [ ] July $_____ | [ ] October $_____ |
| [ ] February _____ | [ ] May _____ | [ ] August _____ | [ ] November _____ |
| [ ] March _____ | [ ] June _____ | [ ] September _____ | [ ] December _____ |

I declare under penalty of perjury that I have examined all the information on this form, and on any accompanying statements or forms, and it is true and correct to the best of my knowledge.

| EMPLOYER Gallaudet University | AREA CODE AND TELEPHONE NO. 202-651-5687 |
|---|---|
| SIGNATURE | TITLE Payroll Specialist | DATE 10-5-07 |

Form SSA-L725 (06-2003) EF (08-2003)

3

CLAIMANT: ELIZABETH DEE STONE
SSN: 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
BIC: A

**47**

| Month | TWP/EPE or EXR | Total Earnings | Countable Earnings | SE Hours | Default SGA | Decision SGA | SGA Override Remark | SGA Override Reason | Decision Event Code | PMT? |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/03 | | 1,306.67 | 1,306.67 | 0 | Y | Y | | | | N/A |
| 09/03 | | 0.00 | 0.00 | 0 | N | N | | | | N/A |
| 10/03 | | 0.00 | 0.00 | 0 | N | N | | | | N/A |
| 11/03 | | 0.00 | 0.00 | 0 | N | N | | | | N/A |
| 12/03 | | 0.00 | 0.00 | 0 | N | N | | | | N/A |
| 01/04 | | 0.00 | 0.00 | 0 | N | N | | | | N/A |
| 02/04 | T0 | 0.00 | 0.00 | 0 | N | N | | | | Yes |
| 03/04 | T0 | 0.00 | 0.00 | 0 | N | N | | | | Yes |
| 04/04 | T0 | 0.00 | 0.00 | 0 | N | N | | | | Yes |
| 05/04 | T0 | 0.00 | 0.00 | 0 | N | N | | | | Yes |
| 06/04 | T0 | 0.00 | 0.00 | 0 | N | N | | | | Yes |
| 07/04 | T0 | 0.00 | 0.00 | 0 | N | N | | | | Yes |
| 08/04 | T0 | 0.00 | 0.00 | 0 | N | N | | | | Yes |
| 09/04 | T0 | 0.00 | 0.00 | 0 | N | N | | | | Yes |
| 10/04 | T1 | 832.00 | 832.00 | 0 | Y | Y | | | | Yes |
| 11/04 | T2 | 832.00 | 832.00 | 0 | Y | Y | | | | Yes |
| 12/04 | T3 | 832.00 | 832.00 | 0 | Y | Y | | | | Yes |
| 01/05 | T0 | 0.00 | 0.00 | 0 | N | N | | | | Yes |
| 02/05 | T0 | 0.00 | 0.00 | 0 | N | N | | | | Yes |
| 03/05 | T0 | 417.50 | 417.50 | 0 | N | N | | | | Yes |
| 04/05 | T4 | 1,030.00 | 1,030.00 | 0 | Y | Y | | | | Yes |
| 05/05 | T0 | 580.00 | 580.00 | 0 | N | N | | | | Yes |
| 06/05 | T5 | 830.00 | 830.00 | 0 | N | N | | | | Yes |
| 07/05 | T0 | 0.00 | 0.00 | 0 | N | N | | | | Yes |
| 08/05 | T6 | 2,830.75 | 2,830.75 | 0 | Y | Y | | | | Yes |
| 09/05 | T7 | 1,761.50 | 1,761.50 | 0 | Y | Y | | | | Yes |
| 10/05 | T8 | 3,326.40 | 3,326.40 | 0 | Y | Y | | | | Yes |
| 11/05 | T9 | 3,766.40 | 3,766.40 | 0 | Y | Y | | | | Yes |
| 12/05 | E1 | 3,766.40 | 3,766.40 | 0 | Y | Y | | | C | Yes |
| 01/06 | E2 | 5,649.60 | 5,649.60 | 0 | Y | Y | | | G | Yes |
| 02/06 | E3 | 3,766.40 | 3,766.40 | 0 | Y | Y | | | G | Yes |
| 03/06 | E4 | 3,766.40 | 3,766.40 | 0 | Y | Y | | | | No |
| 04/06 | E5 | 3,766.40 | 3,766.40 | 0 | Y | Y | | | | No |
| 05/06 | E6 | 3,766.40 | 3,766.40 | 0 | Y | Y | | | | No |
| 06/06 | E7 | 3,766.40 | 3,766.40 | 0 | Y | Y | | | | No |
| 07/06 | E8 | 3,766.40 | 3,766.40 | 0 | Y | Y | | | | No |
| 08/06 | E9 | 5,649.60 | 5,649.60 | 0 | Y | Y | | | | No |
| 09/06 | E10 | 3,766.40 | 3,766.40 | 0 | Y | Y | | | | No |
| 10/06 | E11 | 3,841.60 | 3,841.60 | 0 | Y | Y | | | | No |
| 11/06 | E12 | 3,841.00 | 3,841.00 | 0 | Y | Y | | | | No |
| 12/06 | E13 | 4,129.60 | 4,129.60 | 0 | Y | Y | | | | No |
| 01/07 | E14 | 5,935.20 | 5,935.20 | 0 | Y | Y | | | | No |
| 02/07 | E15 | 3,956.80 | 3,956.80 | 0 | Y | Y | | | | No |

H

| 05/07 | E18 | 3,956.80 | 3,956.80 | 0 | Y | Y | | No |
| 06/07 | E19 | 3,956.80 | 3,956.80 | 0 | Y | Y | | No |
| 07/07 | E20 | 3,956.80 | 3,956.80 | 0 | Y | Y | | No |
| 08/07 | E21 | 5,935.20 | 5,935.20 | 0 | Y | Y | | No |
| 09/07 | E22 | 3,956.80 | 3,956.80 | 0 | Y | Y | | No |
| 10/07 | E23 | 901.00 | 901.00 | 0 | Y | Y | | No |
| 11/07 | E24 | 0.00 | 0.00 | 0 | N | N | R | Yes |
| 12/07 | E25 | 0.00 | 0.00 | 0 | N | N | | Yes |
| 01/08 | E26 | 941.00 | 941.00 | 0 | Y | Y | S | No |
| 02/08 | E27 | 941.00 | 941.00 | 0 | Y | Y | | No |

48

5

# Social Security Administration
# **Retirement, Survivors and Disability Insurance**
Notice of Change in Benefits

**49**

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: November 2, 2007
Claim Number(s): 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 HA

ELIZABETH D STONE
UNIT 2
1434 POTOMAC AVE
WASHINGTON DC 20003-3036

We checked our records to see if any changes in your benefits are necessary.

We are increasing your benefit amount to give you credit for your earnings in 2006 which were not included when we figured your benefit before.

## **What We Will Pay And When**

- We will send you a payment of $3,550.00 on or about December 12, 2007. This payment includes your new regular monthly benefit for November 2007, plus the difference between what we paid you each month and the $1,530.00 we should have paid you each month from January 2007 through October 2007.

- After that, you will receive $1,530.00 on or about the second Wednesday of each month.

The regular monthly payment shown above does not include any upcoming cost of living adjustment. We will contact you separately if there is any such increase to your benefits.

## **If You Disagree With The Decision**

If you disagree with our decision, you have the right to appeal. We will review your case again and consider any new facts you have. A person who did not make the first decision will decide your case.

- You have 60 days to ask for an appeal.

- The 60 days start the day after you receive this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.

- You must have a good reason if you wait more than 60 days to ask for an appeal.

- You have to ask for an appeal in writing. We will ask you to sign a Form SSA-561-U2, called "Request for Reconsideration". Contact one of our offices if you want help.

C

See Next Page

11/02/2007

EXHIBIT _8_
PAGE _1_ of _2_

## If You Have Any Questions

We invite you to visit our website at www.socialsecurity.gov on the Internet
to find general information about Social Security.  If you have any specific
questions, you may call us toll-free at 1-800-772-1213, or call your local Social
Security office at 1-202-653-5040.  We can answer most questions over the
phone.  If you are deaf or hard of hearing, you may call our TTY number,
1-800-325-0778.  You can also write or visit any Social Security office.  The
office that serves your area is located at:

SOCIAL SECURITY
2100 M STREET NW
WASHINGTON, DC 20037

If you do call or visit an office, please have this letter with you.  It will help
us answer your questions.  Also, if you plan to visit an office, you may call
ahead to make an appointment.  This will help us serve you more quickly
when you arrive at the office.

Michael J. Astrue
Commissioner
   of Social Security

Social Security Administration

Form Approved
OMB No. 0960-0442

**TITLE II**

## CESSATION OR CONTINUANCE OF DISABILITY
## OR BLINDNESS DETERMINATION AND TRANSMITTAL

| 1.A. SOCIAL SECURITY NUMBER | | BIC |
|---|---|---|
| 555 | 81 | 6395 | A |

No further monies or other benefits may be paid out under this program unless this report is completed and filed as required by existing public law 93-233.

| 1.B. TYPE CLAIM | 1.C. OTHER ENTITLEMENT | |
|---|---|---|
| [X] DIB   [ ] FZ   [ ] DWB   [ ] CDB   [ ] ESRD   [ ] HIB | [ ] TITLE II   [ ] TITLE XVI | **51** |

| 2.A NAME OF PAYEE *(IF ANY)* | 3. WE'S NAME *(IF CDB or DWB CLAIM)* |
|---|---|
| | |

| B. NAME OF DISABLED OR BLIND INDIVIDUAL | 4. DATE OF BIRTH | 5. DATE DISABILITY BEGAN |
|---|---|---|
| ELIZABETH DEE STONE | 12/05/1974 | 08/08/2003 |

| C. ADDRESS | 6. DO ADDRESS | 7. DO CODE | DDS CODE |
|---|---|---|---|
| UNIT 2<br>1434 POTOMAC AVE<br>WASHINGTON, DC 20003-3036 | 1500 WOODLAWN DRIVE<br>BALTIMORE MD 21241 | PC7 | |

| 8. | A. [X] INITIAL | B. [ ] RECON | C. [ ] RECON DHU | D. [ ] ALJ HEARING | E. [ ] APPEALS COUNCIL | F. [ ] U.S. DISTRICT COURT | G. [ ] REOPENING |
|---|---|---|---|---|---|---|---|

9. UPON CONSIDERATION OF ALL FACTS, IT IS DETERMINED:   [X] DISABILITY   [ ] IMPAIRMENT SEVERITY (EPE MEDICAL REVIEW ONLY)

| | | MONTH | DAY | YEAR | | | MONTH | DAY | YEAR |
|---|---|---|---|---|---|---|---|---|---|
| | A. CONTINUES | | | | I. 301 CASE | | | | |
| X | B. CEASED | Dec | | 2005 | J. BLINDNESS | | | | |
| | C. PERIOD OF DISABILITY TERMINATED AT THE CLOSE OF THE LAST DAY OF | | | | (1) CONTINUES | | | | |
| X | D. EPE BEGIN MONTH | Dec | | 2005 | BEGAN | | | | |
| X | E. EPE REINSTATEMENT ALLOWED | Apr | | 2007 | (a) DISABLED FOR CASH PURPOSES | | | | |
| | F. EPE REINSTATEMENT DENIED | | | | (b) NOT DISABLED FOR CASH BENEFITS PURPOSES SINCE | | | | |
| X | G. EPE SUSP. AFTER REINSTATEMENT | May | | 2007 | (2) CEASED | | | | |
| X | H. EPE BENEFIT TERMINATION MONTH | Dec | | 2008 | (3) CEASED | | | | |
| | | | | | OTHER IMPAIRMENT BEGAN | | | | |

10. BASIS FOR DETERMINATION

| A. [ ] MEDICAL/MEDICAL VOC. | B. [X] WORK-NO IRWE | C. [ ] WORK-IRWE INVOLVED | D. [ ] OTHER (Explain in item 24.) |
|---|---|---|---|

| 11. REASON FOR CESSATION | CODE: E 17 | 12. REASON FOR CONTINUANCE | CODE: | MEDICAL LIST NO. |
|---|---|---|---|---|

| 13. [X] CHECK IF ATTACHING A CONTINUATION SHEET. | 14. [ ] CHECK IF VOCATIONAL RULE MET. | CITE RULE |
|---|---|---|

| 15. VOCATIONAL BACKGROUND | 16. OCC YEARS | 17. EDUC.YEARS | 18. SPECIAL USE |
|---|---|---|---|

19. VR ACTION

| A. [ ] SC IN | B. [ ] SC OUT | C. [ ] PREV. REF | D. [ ] RE-REF. | 20. WHY REVIEW WAS MADE-CODE: 15 |
|---|---|---|---|---|

| 21. PRIMARY DIAGNOSIS | BODY SYSTEM 02 | CODE NO. 3890 | 22. SECONDARY DIAGNOSIS | CODE NO. 3680 | 23. DIARY | | |
|---|---|---|---|---|---|---|---|
| | | | | | A. TYPE | B. MONTH | YEAR | C. REASON |
| DEAFNESS | | | VISUAL DISTRUBANCES | | | 12 | 2006 | 3 |

| 24. REMARKS | MULTIPLE IMPAIRMENTS CONSIDERED |
|---|---|
| Multiple EPE Determinations.<br>See 4268. | 24A. COMBINED MULTIPLE NONSEVERE-SEVERE<br><br>24B. COMBINED MULTIPLE NONSEVERE-NONSEVERE |

| 25. DISABILITY EXAMINER/CLAIMS REP. | 26. DATE | 27. PHYSICIAN OR MEDICAL SPEC SIGNATURE | 28. DATE |
|---|---|---|---|
| D. YACHERA | 03/15/2008 | | |

| 29. LETTER/PARAGRAPH NUMBER | 30. PHYSICIAN OR MEDICAL SPEC NAME (STAMP PRINT OR TYPE) | 30A. SPEC. CODE |
|---|---|---|
| | 31. SSA REPRESENTATIVE | 32. SSA CODE | 33. DATE |

| 34. LIST NUMBER | A. | B. | C. | D. | E | F. | 35. FOLDER SENT TO |
|---|---|---|---|---|---|---|---|

EXHIBIT ___(A)___

PAGE ___ of ___

Form eSSA-833 (5/89)

03/15/2008

SOCIAL SECURITY ADMINISTRATION

## DISABILITY DETERMINATION RATIONALE

| Name of Claimant ELIZABETH DEE STONE | NH's Name (if CDB or DWB Claim) | SSN 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 | Type of Claim T2 |
|---|---|---|---|

ELIZABETH DEE STONE is a DIB beneficiary with a date of onset of 08/08/2003.

**52**

She has completed her trial work period.

The following months make up the completed TWP:

10/2004, 11/2004, 12/2004, 4/2005, 6/2005, 8/2005, 9/2005, 10/2005, 11/2005.

The extended period of eligibility began in 12/2005.

Evidence of work has been reviewed, and it is determined that SGA has been performed after the TWP. Disability ceases in 12/2005, which is the first month of SGA after the TWP.

The EPE has not been completed.

Medicare entitlement continues at this time. Its ending date will depend upon work performed in the future.

SGA level work is continuing.

There are additional Reinstatement/Suspension actions required not shown on the SSA-833. This is a continuation of item 9 from SSA-833. Upon consideration of all facts, it is determined:

E. EPE Reinstatement Allowed 11/2007

G. EPE Suspension after Reinstatement 01/2008

| CLAIMS REP (DO-SGA DETERM) | Date 03/15/2008 | Disability Examiner DDS | Date | *(Initial and Date)* |
|---|---|---|---|---|
| Review Physician DDS | Date | Disability Examiner SSA | Date | Disability Examiner SSA | Date |

Form **SSA-4268-C4** (1-85) EF (3-99)

EXHIBIT _10_

PAGE _1_ of _1_

03/15/2008

# Social Security Administration
## Retirement, Survivors and Disability Insurance
Notice of Disability Cessation

**53**

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date:  March 15, 2008
Claim Number:  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HA

ELIZABETH D STONE
UNIT 2
1434 POTOMAC AVE
WASHINGTON DC 20003-3036
IιIιIIIιιIIιιIIιιιιIIιιIIιIIιιιιIIιIIιιIIιιιIιIιιIII



Earlier, we wrote to tell you that we had information about your work and earnings that could affect your Social Security disability payments.  We also told you that we planned to decide that your disability ended because of your substantial work.  We are now writing to tell you our decision.

We have decided that your disability has ended and that you are not entitled to Social Security disability payments for March 2006 through March 2007 and May 2007 through October 2007 and beginning January 2008.

### Information About Your Payments

Your payments continued during your period of 9 trial work months while you tested your ability to work.  Your trial work period ended November 2005.

You are entitled to payments for April 2007 and November 2007 through December 2007 because your work was not substantial for that time.  However, you are not entitled to payments beginning January 2008 because you returned to substantial work.

Enclosure(s):
Pub 05-10058
SSA-3105
Refund Envelope

C

See Next Page

03 |15| 2008

EXHIBIT ___/1
PAGE___1__ of __4

## What Happens After The Trial Work Period

After the trial work period, several things happen.

- Your disability ends if your work activity shows your ability to do substantial work. However, we pay benefits for the month disability ends and the following 2 months no matter how much is earned. In your case, this is December 2005 through February 2006.

- You get an extended period of eligibility that begins right after the trial work period. This is a 36-month period when we restart payments for any month(s) your work is not substantial if your health problems still meet our rules. Your extended period of eligibility months are December 2005 through November 2008.

## Overpayment Information

Because we did not stop your checks until March 2008, you were paid $29,802.00 too much in benefits.

## How To Pay Us Back

You should refund this overpayment within 30 days. To refund the overpayment, use the enclosed "Payment Stub" and envelope.

The "Payment Stub" explains the ways you can make payment. Do not enclose any correspondence with your payment.

## Do You Think We Are Wrong About The Overpayment?

You have certain rights with respect to this overpayment and its recovery.

1.  Right to Appeal: If you disagree in any way with this overpayment determination, you have the right, within 60 days of the date you receive this notice, to request that the determination be reconsidered. If you request this independent review of the overpayment determination, please submit any additional information you have which pertains to the overpayment.

2.  Right to Request Waiver: You also have the right to request a determination concerning the need to recover the overpayment. An overpayment must be refunded or withheld from benefits unless both of the following are true:

    a. The overpayment was not your fault in any way, and

    b. You could not meet your necessary living expenses if we recovered the overpayment, or recovery would be unfair for some other reason.

If you request waiver, we may need a statement of your assets and monthly income and expenses.

If you request reconsideration and/or waiver within 30 days, the overpayment will not have to be recovered until the case is reviewed. This review is described in more detail on the attached form SSA-3105, Important Information About Your Appeal and Waiver Rights. The people in any Social Security office will be glad to help you complete the forms for requesting reconsideration (SSA-561-U2, Request for Reconsideration) and/or waiver (SSA-632-BK, Overpayment Recovery Questionnaire).

Even if you do not want to request reconsideration or waiver, please call, write or visit any Social Security office if you have questions or need more information. Please take this letter with you if you do visit an office.

## Work You Should Report

Let us know right away if you stop working or if your work is not substantial in any month(s) before the end of November 2008. If your health problems still meet our rules, we can restart your payments without a new application if you are not doing substantial work in any month during this time.

To decide if your health problems still meet our rules, we may do a medical review of your case. We may ask you to help us get more evidence to make this decision.

## If You Disagree With The Decision

If you think we are wrong, you have the right to appeal. We will correct any mistakes and we will look at any new facts you have. A person who did not make the first decision will decide your case.

- You have 60 days to ask for an appeal.

- The 60 days start the day after you receive this letter.

- You must have a good reason if you wait more than 60 days to ask for an appeal.

## If You Want Help With Your Appeal

You can have a friend, lawyer or someone else help you. There are groups that can help you find a lawyer or give you free legal services if you qualify. There are also lawyers who do not charge unless you win your appeal. Your local Social Security office has a list of groups that can help you with your appeal.

If you get someone to help you, you should let us know. If you hire someone, we must approve the fee before he or she can collect it. And if you hire a lawyer, we will withhold up to 25 percent of any past due benefits to pay toward the fee.

**If You Have Any Questions**

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security.  If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-202-653-5040.  We can answer most questions over the phone.  If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778.  You can also write or visit any Social Security office.  The office that serves your area is located at:

> SOCIAL SECURITY
> 2100 M STREET NW
> WASHINGTON, DC 20037

If you do call or visit an office, please have this letter with you.  It will help us answer your questions.  Also, if you plan to visit an office, you may call ahead to make an appointment.  This will help us serve you more quickly when you arrive at the office.

Carolyn L. Simmons
Associate Commissioner for
   Central Operations

# Social Security Administration
## Notice Of Proposed Decision

**57**

OCO ODO
1500 WOODLAWN DRIVE
BALTIMORE MD 21241

Date:  March 15, 2008
Claim Number:  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 A

ELIZABETH STONE
UNIT 2
1434 POTOMAC AVE
WASHINGTON DC 20003-3036

We have information about your earnings that could affect your Social Security disability payments.  Based on this information, it appears we will decide that your disability ended because of substantial work December 2005 and that you are not entitled to payments for:

March 2006 through March 2007,
May 2007 through October 2007,
January 2008 and continuing.

We are writing this letter to give you a chance to give us more information that you want us to consider.  Please review the following information we are using to make our decision.  You have 10 days to give us more information before we make our decision final.  The 10 days start the day after you receive this letter.  We assume that you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.  If you need more time, let us know right away.

## The Information We Have

We are considering the following reports in evaluating your claim:

- Your signed statement regarding work and earnings

- Social Security Administration Earnings Records

- Work information reported to us by your employer

We are considering the following work in this decision:

| Work Start | Work E⁴ d | Employer |
| --- | --- | --- |
| October 2004 | December 2004 | SELF-EMPLOYMENT |
| March 2005 | Not Ended | GALLAUDET UNIVERSITY |

See Next Page

EXHIBIT _____ *12*
PAGE _____ *1* of *4*

*03/15/2008*

There was no evidence to indicate that you did not fully earn the salary you were paid.

There was no evidence to indicate that you had impairment related work expenses which might have affected this decision.

## What We Plan To Do

Based on the information we have, it appears we will decide that your disability ended because of substantial work as of December 2005. Please read the following information about what will happen to your payments if we make this decision.

## What Happens When a Person Goes To Work

Going to work does not affect payments right away. That's because a person is allowed a period of 9 trial work months to test his or her ability to work in spite of health problems.

Beginning January 2008, a trial work month is any month in which a person earns more than:

- $670 in gross wages, or;
- $670 in net self-employment earnings, or;
- works more than 80 hours of work in self-employment.

In 2007, the trial work period monthly earnings amount was $640. The amount was $620 in 2006 , $590 in 2005, $580 in 2004 and $570 in 2003.

Beginning 1992, the 9 months of work must take place in a 60-month period to end the trial work period. However, the 9 months do not have to be in a row.

Our records show your trial work period ended November 2005 and that your nine months of trial work are:

October 2004
November 2004
December 2004
April 2005
June 2005
August 2005
September 2005
October 2005
November 2005

## What Happens After The Trial Work Period

After the trial work period, several things happen.

Your disability ends if your work activity shows your ability to do substantial work.  However, we pay benefits for the month disability ends and the following 2 months no matter how much is earned.  Based on the information we have, in your case, this is December 2005 through February 2006.

You get an extended period of eligibility that begins right after the trial work period.  This is a 36 month period when we restart payments for any month(s) your work is not substantial if your health problems still meet our rules.  Based on the information we have, your extended period of eligibility began December 2005 and will end if substantial work is performed after 36 months following this date.

## What Is Substantial Work

Generally, substantial work is physical or mental work a person is paid to do.  Work can be substantial even if it is part-time.  To decide if a person's work is substantial, we consider the nature of the job duties, the skill and experience needed to do the job, and how much the person actually earns.

A person's work may be different than before his or her health problems began.  It may not be as hard to do and the pay may be less.  However, we may still find that the work is substantial under our rules.

Usually, we find that work is substantial if gross monthly earnings average more than the following amounts:

- In 2008                                        $940
- In 2007                                        $900
- In 2006                                        $860
- In 2005                                        $830
- In 2004                                        $810
- In 2003                                        $800

If a person is self-employed, we consider the kind and value of his or her work, including his or her part in the management of the business, as well as income, to decide if the work is substantial.

You will be notified later about any overpayment or underpayment due in this case.  You will also be notified about any change in Medicare coverage.

## Information About Medicare

If you have Medicare and your disabling condition continues under our rules your coverage will continue for at least 93 months after your trial work period.

**If We Do Not Hear From You**

If we do not hear from you within the next 10 days, we will make our decision based on the information we have now.  The 10 days start the day after you receive this letter.  We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period. When we make our decision, we will send you another letter.

**If You Have Any Questions**

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security.  If you have any specific questions, you may call us toll-free at 1-800-772-1213.  We can answer most questions over the phone.  If you are deaf or heard of hearing, you may call our TTY number, 1-800-325-0778.  You may also write the Social Security Administration, P.O. Box 17775, Baltimore, Maryland 21235-7775, USA. Please be sure to include your claim number if you do write.  However, if you visit an office, please take this letter.  It will help the people there answer your questions.

Carolyn L. Simmons
Associate Commissioner for Central Operations

4

DMS      TRANSFER TO: ____      REMARKS                              RMKS
SSN: 555816395    ELIZAB D STONE NIRENB

REMARK NAME: APPEALS/EXPLANATIONS                 EST DATE: 040508    **61**

040508 MATSSC2 DMU 3105 DTD 032708 TC23 DONE.DCRTC
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

RETURN TO REMARKS INDEX (Y): _
~ORE (Y/N): N          CONTINUE THIS REMARK (Y): _              PAGE 01
:ELDS ARE PROTECTED - PF3 TO TERMINATE - PRESS ENTER TO ADVANCE

EXHIBIT 13
PAGE 1 of 1

04/05/2008

# Social Security Administration
# Retirement, Survivors and Disability Insurance 62
Notice of Disability Cessation

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date:  November 29, 2008
Claim Number:  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HA

ELIZABETH D STONE
UNIT 2
1434 POTOMAC AVE
WASHINGTON DC 20003-3036

We stopped your disability payments in the past because of your work.  At that time, we told you that we could restart your payments without a new application if your work was not substantial during your extended period of eligibility.  We are now writing to tell you that you are no longer eligible for payments on this claim as of December 2008.

## Information About Medicare

If you have Medicare, your coverage will continue after you receive your last monthly payment.  If you have supplementary medical insurance (Medicare "Part B"), you will be billed for your medical insurance premiums every 3 months.  Please pay the premiums promptly to avoid losing coverage.  If you no longer want this coverage, please let us know right away.

## Why We Cannot Restart The Payments

Because your extended period of eligibility ended in November 2008, we cannot restart your payments without a new application.  You should contact us to file a new application if you think you are disabled and no longer doing substantial work.

## If You Are Now Age 62 Or Over

Retirement benefits are payable at a reduced rate as early as age 62.  If you are age 62 or over, you may wish to ask the people in any Social Security office for more details.

Enclosure(s):
Pub 05-10058

C

See Next Page

11/29/2008

EXHIBIT 14
PAGE 1 of 2

## If You Disagree With The Decision

If you think we are wrong, you have the right to appeal.  We will correct any mistakes and we will look at any new facts you have.  A person who did not make the first decision will decide your case.

- You have 60 days to ask for an appeal.

- The 60 days start the day after you receive this letter.

- You must have a good reason if you wait more than 60 days to ask for an appeal.

## If You Want Help With Your Appeal

You can have a friend, lawyer or someone else help you.  There are groups that can help you find a lawyer or give you free legal services if you qualify.  There are also lawyers who do not charge unless you win your appeal.  Your local Social Security office has a list of groups that can help you with your appeal.

If you get someone to help you, you should let us know.  If you hire someone, we must approve the fee before he or she can collect it.  And if you hire a lawyer, we will withhold up to 25 percent of any past due benefits to pay toward the fee.

## If You Have Any Questions

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security.  If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-202-653-5040.  We can answer most questions over the phone.  If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778.  You can also write or visit any Social Security office.  The office that serves your area is located at:

SOCIAL SECURITY
2100 M STREET NW
WASHINGTON, DC 20037

If you do call or visit an office, please have this letter with you.  It will help us answer your questions.  Also, if you plan to visit an office, you may call ahead to make an appointment.  This will help us serve you more quickly when you arrive at the office.

*Carolyn L. Simmons*
Carolyn L. Simmons
Associate Commissioner for
Central Operations

```
DMS      TRANSFER TO: ____      REMARKS                    RMKS
SSN: 555816395   ELIZAB D STONE NIRENB                     64
```

REMARK NAME: <u>SKIPTRACING/CONTACT ATTEMPTS</u>      EST DATE: 012910

<u>01/29/10 ISSUE 100 FOR T2 BIC A DEBTOR-I CALLED 202-478-9438--LEFT MSG VIA OPE</u>
<u>RATOR RELAY--TO CALL BACK--2:58PM--RUMAYA/WNPSC/DMS</u>
****************
<u>02/12/10 ISSUE 100 FOR T2 BIC A DEBTOR- I CALLED 202-478-9438--LEFT MSG THRU R</u>
<u>ELY OPERATOR---THIS IS MY SECOND CALL-CPFAIR AND 411 HELP NO NEW INFO--I CHECK</u>
<u>YEARLY INCOME-DEBTOR MADE $57,805 2008--FROZE BILLING 09/DWRK--OVER 20THOU O/P</u>
<u>SENT 2527E PC7---RUMAYA/WNPSC/DMS</u>
********************************
<u>07/25/13 ISSUE 208. BIC A. UPDATE ZIP CODE. REOPEN BILLING. RECYCLE DATE.</u>
<u>DTLT/WNPSC/DMS/DCR</u>

```
RETURN TO REMARKS INDEX (Y): _
MORE (Y/N): N        CONTINUE THIS REMARK (Y): _           PAGE 01
ELDS ARE PROTECTED - PF3 TO TERMINATE - PRESS ENTER TO ADVANCE
```

EXHIBIT ___15
PAGE___1 of 1

01/29/2010

# Social Security Administration
# **Retirement, Survivors and Disability Insurance** 65
## Important Information

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date:  April 14, 2010
Claim Number:  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HA

ᴵᴵ|ᵘᵘ|ᵘᴵᴵᴵᴵᴵᵘᴵᴵᵘᴵᵘᵘᵘᵘᴵᴵ|

ELIZABETH D STONE
UNIT 2
1434 POTOMAC AVE
WASHINGTON DC 20003-3036

We recently received $4,783.00 of a federal payment you were due and used it toward the overpayment of Social Security benefits paid to you.  Based on this, your current overpayment balance is $24,769.00.

## **If You Have Any Questions**

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security.  If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 202-653-5040.  We can answer most questions over the phone.  If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778.  You can also write or visit any Social Security office.  The office that serves your area is located at:

SOCIAL SECURITY
2100 M STREET NW
WASHINGTON DC 20037

If you do call or visit an office, please have this letter with you.  It will help us answer your questions.  Also, if you plan to visit an office, you may call ahead to make an appointment.  This will help us serve you more quickly when you arrive at the office.

*Carolyn L. Simmons*

Carolyn L. Simmons
Associate Commissioner for
Central Operations

Enclosure(s):
Payment Stub
Refund Envelope

C                                       See Next Page

EXHIBIT _16_
PAGE _1_ of _3_

04/14/2010

# PAYMENT STUB

- Return the bottom portion of the stub with your payment.

- Use the enclosed envelope to mail your payment to us.

- Do not send cash.

- Do not enclose any correspondence with your remittance.  Send any correspondence to:  Social Security Administration, Office of Central Operations, 1500 Woodlawn Drive, Baltimore MD 21241-1500.

- If you have changed your address or telephone number, be sure to check the box below and write your new address or telephone number in the space provided.

- If you pay by check or money order, include the Social Security Account Number as shown below and make the check or money order payable to "Social Security Administration."

- If paying by credit card, complete the appropriate information below and return it in the enclosed envelope
    **OR**
    to pay by phone, call 1-800-227-8835 TOLL FREE during the hours 8:00 AM to 4:30 PM PT.  Please have this notice and your credit card available when you call.

SSA-53-EP            DETACH HERE. DO NOT STAPLE.

ACCOUNT NUMBER:  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HA       []MASTERCARD    []VISA       []DISCOVER
ELIZABETH D STONE
                                     Credit Card Number                    Exp Date
AMOUNT DUE:     $24,769.00
DATE DUE:  April 14, 2010            _____  _____        _____

PAYMENT                              Cardholder's Signature             Date
AMOUNT     $ _____
                                     _____  _____        _____
      Check box if your address or
[]    telephone number has changed.
      Make changes below.

_____  _____     SOCIAL SECURITY ADMINISTRATION
                                         PO BOX 3430
_____  _____     PHILADELPHIA PA  19122-9985

2555816395A0000000080000000030000000000024769000004783000D000000000000

2

## Privacy Act Statement

The Social Security Administration (SSA) has authority to collect the information requested on the PAYMENT STUB under section 204 of the Social Security Act. Giving us this information is voluntary. You do not have to do it. We will need this information only if you choose to make payment by credit card. You do not need to fill out the credit card information if you choose another means of payment (for example, by check or money order).

If you choose the credit card payment option, we will provide the information you give us to the banks handling your credit card account and SSA's account. This will allow you to repay your overpayment with your credit card. We may also provide this information to another person or government agency to comply with federal laws requiring the release of information from our records. You can find these and other routine uses of information provided to SSA listed in the Federal Register. If you want more information about this, you may call or write any Social Security office.

We may also use the information you give us when we match records by computer. Matching programs compare our records with those of other Federal, State, or local government agencies. Many agencies may use matching programs to find or prove that a person qualifies for benefits paid by the Federal government. The law allows us to do this even if you do not agree to it.

Explanations about these and other reasons why information you provide us may be used or given out are available in Social Security offices. If you want to learn more about this, contact any Social Security office.

3

Social Security Administration
Important Information

**68**

SOCIAL SECURITY
2100 M STREET NW
WASHINGTON DC 20037

ELIZABETH DEE STONE
UNIT 2
1434 POTOMAC AVE
WASHINGTON DC 20003

(866) 708-3255
TTY: (202) 653-6818
Date: July 29, 2010
Phone: (800) 772-1213

Claim Number: 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

### Notice of Appointment

We are writing to you about your overpayment.

You Have An Appointment

We would like you to come to our office on August 16, 2010 at 09:00 AM. Our address and telephone numbers are shown above.

If you cannot come in on the date shown, or you would prefer to talk to us by telephone, please call us as soon as possible. We will make another appointment for you.

When you come in to see us, you may bring someone with you. If you have a representative payee who gets your benefits for you, he or she must come in.

Things We Need For The Appointment

When you come in to our office for your appointment, please try to have all of the items shown below from _____ to the present.

( ) This letter.

( ) Proof of monthly income, expenses, and assets

See Next Page

EXHIBIT /7
PAGE ___ of _2_

07/29/2010

( ) Pay stubs from work

( ) Pension records from: the Department of Veteran Affairs,
    Railroad Retirement Board, Civil Service, state, military,
    private pensions for

( ) Rent receipts

( ) Utility bill receipts

( ) Bank statements: savings and checking accounts, and any other
    bank statements

Even if you do not have all of the information, we need to hear from you. We
will help you get anything you do not have.

We must see the original document(s) or a certified copy of the item(s). We
cannot accept photocopies. We will return these items to you.

If You Have Any Questions

If you have any questions about your appointment, you may call, write or visit
any Social Security office. If you call or visit our office, please have this
letter with you. The telephone number and address are at the top of this
letter.

 Social Security offers many safe and convenient online services at our
 website, www.socialsecurity.gov.

                                        Field Office Manager

Enclosure(s)

69-A

Exhibit is
not
with
File

70

Social Security Administration
Important Information

SOCIAL SECURITY
2100 M STREET NW
WASHINGTON DC 20037

ELIZABETH DEE STONE
UNIT 2
1434 POTOMAC AVE SE
WASHINGTON DC 20003

(866) 708-3255
TTY: (202) 653-6818
Date: December 23, 2010
Phone: (800) 772-1213

Claim Number: 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

Notice of Appointment.

We are writing to you about your overpayment.

You Have An Appointment

We would like you to come to our office on January 14, 2011 at 09:00 AM. Our
address and telephone numbers are shown above.

If you cannot come in on the date shown, or you would prefer to talk to us by
telephone, please call us as soon as possible. We will make another appointment
for you.

When you come in to see us, you may bring someone with you. If you have a
representative payee who gets your benefits for you, he or she must come in.

Things We Need For The Appointment

When you come in to our office for your appointment, please try to have all of
the items shown below from _____ to the present.

( ) This letter.

( ) Proof of monthly income, expenses, and assets

See Next Page

EXHIBIT __19__
PAGE __1__ of __2__

12/23/2010

( ) Pay stubs from work

( ) Pension records from: the Department of Veteran Affairs,
    Railroad Retirement Board, Civil Service, state, military,
    private pensions for

( ) Rent receipts

( ) Utility bill receipts

( ) Bank statements: savings and checking accounts, and any other
    bank statements

Even if you do not have all of the information, we need to hear from you. We
will help you get anything you do not have.

We must see the original document(s) or a certified copy of the item(s). We
cannot accept photocopies. We will return these items to you.

If You Have Any Questions

If you have any questions about your appointment, you may call, write or visit
any Social Security office. If you call or visit our office, please have this
letter with you. The telephone number and address are at the top of this
letter.

 Social Security offers many safe and convenient online services at our
 website, www.socialsecurity.gov.


                              Field Office Manager


Enclosure(s)

# Social Security Administration
# **Retirement, Survivors and Disability Insurance**       72
## Important Information

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date:  April 27, 2011
Claim Number:  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HA

ELIZABETH D STONE
UNIT 2
1434 POTOMAC AVE
WASHINGTON DC 20003-3036

We recently received $5,079.00 of a federal payment you were due and used it toward the overpayment of Social Security benefits paid to you.  Based on this, your current overpayment balance is $19,690.00.

## **If You Have Any Questions**

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security.  If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 866-752-0634.  We can answer most questions over the phone.  If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778.  You can also write or visit any Social Security office.  The office that serves your area is located at:

SOCIAL SECURITY
2100 M STREET NW
WASHINGTON DC 20037

If you do call or visit an office, please have this letter with you.  It will help us answer your questions.  Also, if you plan to visit an office, you may call ahead to make an appointment.  This will help us serve you more quickly when you arrive at the office.

*Terry Stradtman*

Terry Stradtman
Associate Commissioner for
Central Operations

Enclosure(s):
Payment Stub
Refund Envelope

C                                       See Next Page

04/27/2011

EXHIBIT 20
PAGE 1 of 3

# PAYMENT STUB

- Return the bottom portion of the stub with your payment.

- Use the enclosed envelope to mail your payment to us.

- Do not send cash.

- Do not enclose any correspondence with your remittance.  Send any correspondence to:  Social Security Administration, Office of Central Operations, 1500 Woodlawn Drive, Baltimore MD 21241-1500.

- If you have changed your address or telephone number, be sure to check the box below and write your new address or telephone number in the space provided.

- If you pay by check or money order, include the Social Security Account Number as shown below and make the check or money order payable to "Social Security Administration."

- If paying by credit card, complete the appropriate information below and return it in the enclosed envelope
  **OR**
  to pay by phone, call 1-800-227-8835 TOLL FREE during the hours 8:00 AM to 4:30 PM PT.  Please have this notice and your credit card available when you call.

---

SSA-53-EP              DETACH HERE. DO NOT STAPLE.

ACCOUNT NUMBER:  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HA      []MASTERCARD    []VISA    []DISCOVER
ELIZABETH D STONE
                                   Credit Card Number                Exp Date
AMOUNT DUE:    $19,690.00
DATE DUE:  April 27, 2011          _____ _____       _____

PAYMENT                            Cardholder's Signature           Date
AMOUNT    $ _____
                                   _____ _____       _____
        Check box if your address or
[]      telephone number has changed.
        Make changes below.

_____ _____          SOCIAL SECURITY ADMINISTRATION
                                        PO BOX 3430
_____ _____          PHILADELPHIA PA  19122-9985

2555816395A0000000080000000030000000000019690000005079000D000000000000

## Privacy Act Statement

The Social Security Administration (SSA) has authority to collect the information requested on the PAYMENT STUB under section 204 of the Social Security Act.  Giving us this information is voluntary.  You do not have to do it.  We will need this information only if you choose to make payment by credit card.  You do not need to fill out the credit card information if you choose another means of payment (for example, by check or money order).

If you choose the credit card payment option, we will provide the information you give us to the banks handling your credit card account and SSA's account.  This will allow you to repay your overpayment with your credit card.  We may also provide this information to another person or government agency to comply with federal laws requiring the release of information from our records.  You can find these and other routine uses of information provided to SSA listed in the Federal Register.  If you want more information about this, you may call or write any Social Security office.

We may also use the information you give us when we match records by computer.  Matching programs compare our records with those of other Federal, State, or local government agencies.  Many agencies may use matching programs to find or prove that a person qualifies for benefits paid by the Federal government.  The law allows us to do this even if you do not agree to it.

Explanations about these and other reasons why information you provide us may be used or given out are available in Social Security offices.  If you want to learn more about this, contact any Social Security office.

SEP-06-2011  15:23        SSA OGC OPD FRONT_OFFICE                4109660869      P.003

# STEVEN M. OSTER

## ATTORNEY-AT-LAW  AH0489

August 22, 2011

Office of Public Disclosure
Social Security Administration
617 Altmeyer Building
6401 Security Boulevard
Baltimore, MD 21235

Re: <u>FOIA Request/Elizabeth Stone Nirenberg</u>

Dear Sir or Madam:

Pursuant to the federal Freedom of Information Act, 5 U.S.C. § 552, I request access to and copies of all records pertaining, referring, or relating to Elizabeth Stone Nirenberg, f/k/a Elizabeth Stone, social security number 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. This request includes, but is not limited to, all records concerning disability payments and all communications concerning a claim or claims by the Social Security Administration for reimbursement of alleged disability overpayments.

I represent Ms. Nirenberg and have enclosed a fully executed copy of Form SSA-1694-U4 confirming that I have been so appointed. The appointment, and this request, pertains to alleged overpayment of benefits.

I agree to pay reasonable duplication fees for the processing of this request. If my request is denied in whole or part, I ask that you justify all deletions by reference to specific exemptions of the Act. I will also expect you to release all segregable portions of otherwise exempt material. I, of course, reserve the right to appeal your decision to withhold any information or to deny a waiver of fees.

I look forward to your reply within 20 business days, as the statute requires, and thank you in advance for your cooperation. Should you have any

THE OSTER LAW FIRM
1050 17TH STREET, N.W.•SUITE 910
WASHINGTON, DC 20036
202.596.5291(C)•202.747.5862 (F)
STEVE@OSTERLAWFIRM.COM

08/22/2011

EXHIBIT 21
PAGE 1 of 2

SEP-06-2011  15:24       SSA OGC OPD FRONT_OFFICE              4109660869    P.004  **76**

Office of Public Disclosure
Social Security Administration
August 22, 2011
Page **2** of **2**

questions or desire additional information, please contact me at the number below.

Sincerely,

Steven M. Oster

cc: Elizabeth Stone Niremberg

Enclosure

SEP-06-2011  15:23        SSA OGC OPD FRONT_OFFICE                4109660869    P.002



## SOCIAL SECURITY

**77**

Refer to:
S9H: AH0489                          September 6, 2011

Mr. Steven Oster
The Oster Law Firm
1050 17th Street NW
Suite 910
Washington, DC 20036

Dear Mr. Oster:

Thank you for your August 22, 2011 request for a copy of Ms. Elizabeth Stone Nirenberg's records.

You sent in Form SSA-1696-U4 for the release of information from Ms. Stone's Social Security file.  The Form SSA-1696-U4 allows you as the authorized representative to obtain information from Ms. Stone's file.

I have determined that the Form SSA-1696-U4 you submitted is sufficient, and we are forwarding your request to the Social Security office where we are retaining his file. That office will process your request.  If you have any questions or concerns, you may contact them at:

> Social Security Administration
> Western Processing Center, Mod 8
> 4-J-8, 4th Floor
> 1221 Nevin Avenue
> Richmond, CA  94801

I hope you find this information helpful.

                              Sincerely,

                              *Dawn S. Wiggins*

                              Dawn S. Wiggins
                              Privacy Officer

EXHIBIT 22
PAGE 1 of 2

09/06/2011

SEP-06-2011  15:23      SSA OGC OPD FRONT_OFFICE          4109660869      P.001

**78**

Social Security Administration
Freedom of Information Officer
3-A-6 Operations Building
6401 Security Boulevard
Baltimore, MD 21235
Bus: (410) 965-1727
Bus. Fax: (410) 966-4304

## SOCIAL SECURITY ADMINISTRATION

| | |
|---|---|
| ATTN: WNPSC, Mod 8 | From: Amanda Boxer |
| Fax: 877-310-7807 | Pages:<br><br>5 Including cover |
| Phone : | Date:<br><br>9/6/2011 |
| Re: AH0489 | |

☐ Urgent    ☐ For Review    X Please Reply to requester

● Comments: We have received a request for a copy of Ms. Elizabeth Stone Nirenberg's records. The requester included Form SSA-1696-U4 allowing the representative to obtain information from Ms. Nirenberg's file. It appears that folder is under your jurisdiction. See POMS GN 03340.010B1.

Please reply directly to the requester. I am forwarding a copy of the request for your action. If necessary, please contact me.

Social Security Administration, Freedom of Information Office, Office of Privacy and Disclosure, Attn: Amanda Boxer, Bus. Fax (410) 966-4304, Bus. Phone (410) 966-7089.

Thank you.



# SOCIAL SECURITY ADMINISTRATION

Form Approved
OMB No. 0960-0037 79

## Request For Waiver Of Overpayment Recovery Or Change In Repayment Rate

We will use your answers on this form to decide if we can waive collection of the overpayment or change the amount you must pay us back each month. If we can't waive collection, we may use this form to decide how you should repay the money.

Please answer the questions on this form as completely as you can. We will help you fill out the form if you want. If you are filling out this form for someone else, answer the questions as they apply to that person.

| FOR SSA USE ONLY |
|---|
| ROAR Input ☐ Yes |
| ☐ No |
| Input Date |
| Waiver ☐ Approval |
| ☐ Denial |
| SSI ☐ Yes ☐ No |
| AMT OF OP $ |
| PERIOD (DATES) OF OP |

1. A. Name of person on whose record the overpayment occurred:

   _Elizabeth J. Stone_

   B. Social Security Number

   [6][5][5] — [8][1] — [0][3][9][5]

   C. Name of overpaid person(s) making this request and his/her Social Security Number(s):

   _____     [ ][ ][ ]—[ ][ ]—[ ][ ][ ][ ]

   _____     [ ][ ][ ]—[ ][ ]—[ ][ ][ ][ ]

   _____     [ ][ ][ ]—[ ][ ]—[ ][ ][ ][ ]

   _____     [ ][ ][ ]—[ ][ ]—[ ][ ][ ][ ]

2. Check any of the following that apply. (Also, fill in the dollar amount in B, C, or D.)

   A. ☒ The overpayment was not my fault and I cannot afford to pay the money back and/or it is unfair for some other reasons.

   B. ☐ I cannot afford to use all of my monthly benefit to pay back the overpayment. However I can afford to have $ _____ withheld each month.

   C. ☐ I am no longer receiving Supplement Security Income (SSI) payments. I want to pay back $ _____ each month instead of paying all of the money at once.

   D. ☐ I am receiving SSI payments. I want to pay back $ _____ each month instead of paying 10% of my total income.

EXHIBIT ___23___

PAGE ___1___ of __8__