UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELIZABETH DEE STONE, )<br>)<br>           Plaintiff, )<br>)<br>-v- )<br>)<br>)<br>NANCY BERRYHILL, )<br>Acting Commissioner, )<br>Social Security Administration, )<br>)<br>           Defendant. ) | Civil Action No. 1:17-cv-01952-CRC-DAR |

REPORT OF COUNSEL AND PROPOSED BRIEFING SCHEDULE

Counsel for the parties have conferred, and they agree that this case should be decided by dispositive motions and without discovery.   The parties have not agreed whether the case should be referred for alternative dispute resolution.   As our Court of Appeals explained in Igonia v. Califano, 568 F.2d 1383, 1389 (D.C. Cir. 1977), the Social Security Act directs the District Court to enter its judgment upon the pleadings and the transcript of the record, 42 U.S.C. § 405(g), and the use of the summary judgment mechanism to decide social security cases is incorrect.

Pursuant to Local Civil Rule 16.3, counsel for the parties have conferred and do not consent to magistrate jurisdiction in this case.

The parties propose the following briefing schedule:

Plaintiff's Motion for Judgment of Reversal          February 12, 2018

Defendant's Motion for Judgment of
Affirmance and Opposition
to Plaintiff's Motion for Judgment
of Reversal          March 29, 2018

| | |
|---|---|
| Plaintiff's Opposition to Defendant's Motion for Judgment of Affirmance and Reply to Defendant's Opposition | April 12, 2018 |
| Defendant's Reply to Plaintiff's Opposition | April 26, 2018 |

    A proposed order is attached.

                      Respectfully submitted,

                      Jessie K. Liu, D.C. Bar #472845
                      United States Attorney

                      /s/ Lauren Donner Chait
                      LAUREN DONNER CHAIT
                      Special Assistant
                        United States Attorney
                      Social Security Administration
                      Office of the General Counsel, Region III
                      P. O. Box 41777
                      Philadelphia, PA 19101
                      (215) 597-1771
                      (215) 597-4662 (fax)
                      Lauren.Chait@ssa.gov

                      By authorization from counsel
                      */s/ Steven M. Oster, Esquire*
                      Oster Law Firm
                      1850 M Street, N.W., Suite 280
                      Washington, DC 20036
                      Tel: 202-596-5291
                      Fax: 202-747-5862
                      steve@osterlawfirm.com
                      Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELIZABETH DEE STONE, )<br>)<br>Plaintiff, )<br>)<br>-v- )<br>)<br>)<br>NANCY BERRYHILL, )<br>Acting Commissioner, )<br>Social Security Administration, )<br>)<br>Defendant. ) | Civil Action No. 1:17-cv-01952-CRC-DAR |

## ORDER

It appearing that this matter should be decided on dispositive motions without discovery, it is this _____ day of _____, 2018,

ORDERED that Plaintiff shall file a Motion for Judgment of Reversal on or before February 12, 2018; Defendant shall file her Motion for Judgment of Affirmance and her Opposition to Plaintiff's Motion for Judgment of Reversal on or before March 29, 2018; Plaintiff shall file her Opposition to Defendant's Motion for Judgment of Affirmance and reply to Defendant's Opposition on or before April 12, 2018; and Defendant shall file her Reply to Plaintiff's Opposition on or before April 26, 2018.

_____
UNITED STATES DISTRICT JUDGE